# United States Bankruptcy Court
## Southern District of Florida

In re  **Cabi Downtown, LLC**                                    Case No.
                        Debtor(s)                                 Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cabi Downtown, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 18, 2009**
Date

**/s/ Mindy A. Mora**
**Mindy A. Mora 678910**
Signature of Attorney or Litigant
Counsel for   **Cabi Downtown, LLC**
**Bilzin Sumberg Baena Price & Axelrod, LLP**
**200 South Biscayne Blvd.**
**Suite 2500**
**Miami, FL 33131**
**(305) 374-7580 Fax:(305) 374-7593**