

**ORDERED in the Southern District of Florida on August 31, 2009.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

CABI DOWNTOWN LLC,[1]

Case No. 09-27168-BKC-LKI

Chapter 11

Debtor.
_____/

**INTERIM ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MINDY A. MORA AND THE LAW FIRM OF BILZIN SUMBERG BAENA PRICE & AXELROD LLP AS LOCAL BANKRUPTCY COUNSEL FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE AND SCHEDULING FINAL HEARING**

THIS MATTER came before the Court on August 27, 2009 at 1:30 p.m. upon the

Application By Debtor for Interim and Final Orders Authorizing the Employment and Retention

of Mindy A. Mora and the Law Firm of Bilzin Sumberg Baena Price & Axelrod LLP as Local

---

[1] The Debtor's current mailing address is 19950 W. Country Club Dr., Suite 900, Aventura, FL 33180.  The last four digits of the Debtor's tax identification number are [0838].

MIAMI 1918933.4 7865532451
MIAMI 1929730.1 7865532451

Bankruptcy Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date and Entry of a Final Order on or After September 8, 2009 (the "Application") [D.E. #18], pursuant to § 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a), 2016 and 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules"); it appearing that the relief requested by the Application is necessary to avoid immediate and irreparable harm to the Debtor and its estate, its creditors and other parties in interest; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having reviewed the Application and the Declaration of Mindy A. Mora, (the "Mora Declaration"); the Court being satisfied based solely upon the representations made in the Application and the Mora Declaration that (a) Bilzin Sumberg does not hold or represent an interest adverse to the Debtor's estate and (b) Bilzin Sumberg is a "disinterested person" as defined in § 101(14) of the Bankruptcy Code and as required by § 327(a) of the Bankruptcy Code and Local Rule 2014-1; due and proper notice of the Application having been provided, it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** that:

    1.    The Application is **GRANTED** on an interim basis, *nunc pro tunc* to August 18, 2009.

    2.    The Debtor is authorized to employ and retain Bilzin Sumberg as its local bankruptcy counsel pursuant to §§ 327 and 330 of the Bankruptcy Code and in accordance with

the terms and conditions set forth in the Application and this Order.

3.  Bilzin Sumberg shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, guidelines established by the Office of the United States Trustee for the Southern District of Florida, and any other applicable procedures and orders of the Court.

4.  A final hearing on the Application is scheduled for **Tuesday, September 15, 2009 at 1:30 p.m.,** prevailing Eastern Time, before this Court (the "Final Application Hearing") in Room 1409, 51 S.W. First Avenue, Miami, Florida 33130.  Any party in interest objecting to the relief sought in the Motion shall serve and file written objections, which objections shall be served upon (a) the Debtor, c/o CABI DOWNTOWN, LLC, 19950 West Country Club Drive, Suite 900, Aventura, Florida  33180, Attn: Elias Amkie; (b) Bilzin Sumberg Baena Price & Axelrod LLP, 200 S. Biscayne Blvd., Suite 2500, Miami, FL 33131, Attn: Mindy A. Mora, Esq.; (c) the Office of the United States Trustee for the Southern District of Florida, 51 SW First Ave., Room 1204, Miami, FL 33130, (d) the entities listed on the Master Service List filed pursuant to Local Bankruptcy Rule 2002-1(K), and (e) counsel to an Official Unsecured Creditors Committee, if one has been appointed (collectively, the "Notice Parties") and shall be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to allow actual receipt by the foregoing no later than **Friday, September 11, 2009 at 4:30 p.m.** prevailing Eastern Time.

5.  In the event the Application is not granted on a final basis, Bilzin Sumberg shall be authorized to submit a fee application with this Court for compensation for services rendered in the period between the Petition Date and the Final Application Hearing.  Any party in interest

may object to the fee application; *provided, however,* that such party shall file such objection with this Court and serve a copy of the objection upon the Notice Parties.

6. The requirements for emergency motions set forth in Local Rule 9075-1 and for entry of the relief requested earlier than the period set forth in Bankruptcy Rule 6003 are satisfied by the contents of the Motion.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Application.

8. Entry of this interim Order is without prejudice to the rights of any party-in-interest to interpose an objection to the Application, and any such objection will be considered on a *de novo* standard at the Final Application Hearing. All parties' rights with respect to any such objection are preserved.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this interim Order.

###

Submitted by:
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod, LLP
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131

Copy furnished to:
Mindy A. Mora, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service