UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

www.flsb.uscourts.gov

In re:

**CABI DOWNTOWN, LLC,**  Case No.: 09-27168-LMI
Chapter 11

Debtor.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that:

David P. Reiner, II, Esq. and the undersigned law firm of Reiner & Reiner, P.A, hereby appear as counsel for PURCHASE CONTRACT DEPOSIT CREDITORS:

*VALERIAN KAGAN*
*WILLIAM MONACO*
*PABLO ENGELL*

and pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of the Bankruptcy Code, respectfully request that all notices, pleadings and other papers which are required to be given and/or served in this case be given to and served upon the undersigned attorney at the address and telephone number set forth below.

The foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise, which affects the rights of any of these PURCHASE CONTRACT DEPOSIT CREDITORS.

DATED:  September 11, 2009

**REINER & REINER, P.A.**
*Attorneys for Listed Creditors*
9100 South Dadeland Boulevard, Suite 901
Miami, Florida   33156-7815
Phone: (305) 670-8282; Fax: (305) 670-8989
*e-mail:   dpr@reinerslaw.com*

By: _____/S/    DAVID P. REINER, II_____
**DAVID P. REINER, II**; Florida Bar No. 416400

*I HEREBY CERTIFY that on **September 11, 2009** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

**REINER & REINER, P.A.**
9100 South Dadeland Boulevard, Suite 901
Miami, Florida   33156-7815
Phone: (305) 670-8282; Fax: (305) 670-8989
*e-mail:   dpr@reinerslaw.com*

By: _____/S/    DAVID P. REINER, II_____
**DAVID P. REINER, II**; Florida Bar No. 416400

**SERVICE LIST**
**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
Case No.: 09-27168-LMI

Mindy A. Mora, Esq
200 S. Biscayne Blvd #2500
Miami, Fl 33131
(305) 350-2414
(305) 351-2242 (fax)
mmora@bilzin.com

Gary L Blum
3111 Stirling Rd
Fort Lauderdale, FL 33312
(954) 987-7550

Lisa M. Castellano, Esq.
311 Park Place Blvd #250
Clearwater, FL 33759
(727) 712-4000
(727) 796-1484 (fax)
lcastellano@becker-poliakoff.com

Robert G Fracasso Jr, Esq
201 S Biscayne Blvd #1500
Miami, FL 33131
(305) 379-9102
rfracasso@shutts.com

Larry I Glick
201 S Biscayne Blvd # 1500
Miami, FL 33131
(305) 379-9180
lglick@shutts.com

Matthew J Militzok
3230 Stirling Rd # 1
Hollywood, FL 33021
(954) 727-8570
mjm@mllawfl.com

Michael Jay Rune II, Esq
901 Ponce de Leon Blvd PH
Coral Gables, FL 33134
(305) 441-8900

Richard Siegmeister
111 SW 5 Ave #104
Miami, FL 33130
305-547-2420
305-547-2422 (fax)
rspa111@att.net

Melinda S Thornton, Esq
111 NW 1 St #2810
Miami, FL 33128
(305) 375-5151
cao.bkc@miamidade.gov

Clifford A. Wolff
1401 E Broward Blvd #204
Fort Lauderdale, FL 33301
954-565-5040

W:\Condo Projects\75000-Notice-Appearance-3.wpd