UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

CABI DOWNTOWN, LLC,    Case No. 09-27168-BKC-LMI
                        Chapter 11
    Debtor.
_____/

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION TO EMPLOY MELAND RUSSIN & BUDWICK, P.A. AS COMMITTEE'S COUNSEL**

The Official Committee of Unsecured Creditors (the "*Committee*"), by and through its undersigned chairperson, files this Application for Employment of Meland Russin & Budwick, P.A. ("*MR&B*") as counsel for the Committee, and in support states as follows:

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On August 18, 2009, Cabi Downtown, LLC (the "*Debtor*") filed its voluntary petition under Chapter 11 of the United States Bankruptcy Code [D.E. 1].

3. The Debtor continues to operate its business and manage its assets and affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

4. On September 2, 2009, the U.S. Trustee appointed the Committee pursuant to 11 U.S.C. § 1102(a) [D.E. 76].

5. The Committee desires to employ Peter D. Russin, Esquire, Michael S. Budwick, Esquire and the law firm of MR&B as attorneys in this case.

6.  The Committee believes that the attorneys are qualified to practice in this Court and are qualified to advise the Committee on its relations with, and responsibilities to, the creditors and other interested parties in this case.

7.  The professional services the attorney and MR&B will render are summarized as follows:

   a.  To give advice to the Committee with respect to its powers and duties as the Committee in this case;

   b.  To advise the Committee with respect to issues including use of cash collateral, sales of assets, approval of any disclosure statement which may be filed, confirmation of any plan which may be filed, alternatives to the reorganization process, avoidance actions, and other pertinent matters;

   c.  To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the case;

   d.  To protect the interests of the Committee in all matters pending before the Court;

   e.  To represent the Committee in negotiations with the Debtor and creditors in connection with a plan.

8.  To the best of undersigned's knowledge, MR&B does not have any connection with the Debtor or other parties in interest or their respective attorneys and has not represented any interest adverse to the Estate, except as set forth in the attached affidavit.

9.  Attached to this Motion is the proposed attorney's affidavit demonstrating Peter D.

Russin, Michael S. Budwick and MR&B are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Federal Rule of Bankruptcy Procedure 2014.

WHEREFORE, the Committee respectfully requests that this Court grant the application, and enter an Order authorizing retention of Peter D. Russin, Michael S. Budwick and the law firm of MR&B, on a general retainer, pursuant to 11 U.S.C. § 327 and § 330 *nunc pro tunc* to September 4, 2009.

          Official Committee of Unsecured Creditors

          By: _____
          Lawrence L. Kibler, President
          Gryphon Construction, LLC
          3300 Corporate Avenue, Ste 110
          Fort Lauderdale, FL 33331
          as Chair to the Committee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was mailed via U.S. Regular Mail to all parties on the attached Master Service List on September 14, 2009.

          s/ Michael S. Budwick
          Michael S. Budwick, Esquire
          Fla. Bar No. 938777
          mbudwick@melandrussin.com
          MELAND RUSSIN & BUDWICK, P.A.
          3000 Wachovia Financial Center
          200 South Biscayne Boulevard
          Miami, Florida 33131
          Telephone: (305) 358-6363
          Telecopy: (305) 358-1221

          Attorneys for the Committee

In Re: Cabi Downtown, Llc
Case No. 09-27168
*Denotes Parties Who Are Registered Cm/Ecf Users & Who Receive Service Electronically By The Court*

Cabi Downtown, LLC
19950 West Country Club Drive,
Suite 900
Aventura, FL 33180

Internal Revenue Service
Insolvency Unit -Stop 5730
7850 SW 6th Ct, Room 165
Plantation FL 33324

Internal Revenue Service Centralized Insolvency Operations
Po Box 21126
Philadelphia PA  19114-0326

Securities And Exchange Commission
3475 Lenox Rd Ne Ste 1000
Atlanta GA   30326-3235

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee FL  32314-6668

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, FL 32399 0648

United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Bank Of America, N.A.
100 S.E. 2nd Street
14th Floor
Miami, FL 33131

WG Yates & Sons Construction
115 Main Street
Biloxi, MS 39530

Gryphon Construction LLC
3300 Corporate Avenue
Suite 110
Ft. Lauderdale, FL 33331

Oscar R. Rivera, Esq.
Siegfried, River, Lerner, De La Torre Sobel, P.A.
201 Alhambra Circle, #102
Miami, FL 33134

Holly Sime Realty Of Miami, Inc.
370 Minorca Avenue
Coral Gables, FL 33134

Fullerton-Diaz Architects
366 Altara Avenue
Miami, FL 33146

Everglades On The Bay North Condominium Associates, Inc.
19950 W. Country Club Drive
Miami, FL 33180

Markatech Associates
268 Egret Way
Weston, FL 33327

Aon Risk Service
75 Remittance Drive
Suite 1943
Chicago, IL 60675

Holland & Knight LLP
P. O. Box 32092
Lakeland, FL 33802

Everglades On The Bay South Condominium Associates, Inc.
19950 W. Country Club Drive
Miami, FL 33180

O'brien Lighting, Inc.
2601 South Bayshore Drive
Suite 245
Miami, FL 33133

Servicemaster Restoration Service
712 S.W. 47th Street
Miami, FL 33155

Ana M. Alfonso
425 Park Avenue
New York, NY 10022

R & J Painters, Inc.
P. O. Box 1302
Ft. Lauderdale, FL 33302

ATC International, Inc.
1270 N.W. 165th Street
Suite 100
Miami, FL 33169

Raul Puig Group
9200 S. Dadeland Blvd.
Suite 710
Miami, FL 33156

UIC, Inc.
P. O. Box 491
Mahwah, NJ 07430

Signs For You, Inc.
2401 N.W. 34th Avenue
Miami, FL 33142

| | | |
|---|---|---|
| Water Studio, Inc.<br>5681 Selmaraine Drive<br>Culver City, Ca 90230 | Greenberg Traurig P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131 | Lubercy Investments, Inc.<br>1000 South Pointe Drive, Unit 1501<br>Miami Beach, FL 33139 |
| J. Donald Wasil, Esq.<br>Shutts & Bowen LLP<br>1500 Miami Center<br>201 South Biscayne Blvd.<br>Miami, FL 33131 | KMH Rockstars LLC<br>321 Greensview Drive<br>Algonquin, Il 60102 | Applegate USA, Inc.<br>14945 NW 25th Court<br>Opa Locka, FL 33054-0000 |
| Bostic Steel, Inc.<br>7740 NW 34th Street<br>Miami, FL 33122-0000 | Coastal Construction Products, Inc.<br>660 N.W. 85th Street<br>Miami, FL 33150-0000 | Designer's Specialty Cabinet Co., Inc.<br>1320 N.W. 65th Place<br>Fort Lauderdale, FL 33309-000 |
| Dillon Pools, Inc.<br>11591 Interchance Circle South<br>Hollywood, FL 33025-0000 | Executive Drywall, Inc.<br>1535 N.W. 79th Ave<br>Miami FL 33126-000 | JM Construction Service<br>10011 W. Okeechobee Road<br>#101<br>Hialeah, FL 33016-0000 |
| Nachon Enterprises, Inc.<br>2477 West 4th Avenue<br>Hialeah, FL | Paradise Awnings Corporation<br>7850 N.W. 64th Street<br>Miami, FL 33166-0000 | R. C. Aluminum Industries, Inc.<br>2805 N.W. 75th Avenue<br>Miami, FL 33122-0000 |
| Royce Parking Control<br>2411 S.W. 58th Terrace<br>Hollywood, FL 33023-0000 | Technical Systems & Equipment Corp.<br>8426 N.W. 56th Street<br>Miami, FL 33166-0000 | Thyssenkrupp Elevator<br>7841 N.W. 66th Street<br>Miami, FL 33166-0000 |
| Tremron Miami, Inc.<br>11321 NW 138th Street<br>Miami, FL 33178-0000 | Wilbur Enterprises, Inc.<br>10820 N.W. 7th Avenue<br>Miami, FL 33132-0000 | YB Construction, Inc.<br>2741 West 6th Avenue<br>Hialeah, FL 33010-000 |
| Frank Jacobs<br>Miami-Dade County Property Appraiser<br>111 NW 1st Street, Ste 710<br>Miami, FL 33128 | Marcus Saiz De La Mora<br>Miami-Dade County Property Appraiser<br>111 N.W. 1st Street, Ste. 710<br>Miami, FL 33128 | Clifford A. Wolff<br>1401 E Broward Blvd #204<br>Fort Lauderdale, FL 33301 |
| Jeffrey R. Gleit, Esq.<br>Andrew K. Glenn, Esq.<br>Kasowitz, Benson, Torres & Friedman, LLP<br>1633 Broadway<br>New York, NY 10019 | Gary L. Blum, Esq.<br>Becker & Poliakoff, P.A.<br>31211 Stirling Road<br>Ft. Lauderdale, FL 33312 | W. Harley Powell<br>KPMG, LLP<br>401 S. Tryon St. #2300<br>Charlotte, NC 28202 |

Michael Jay Rune, Esq.
Welbaum Guernsey L.L.P.
901 Ponce De Leon Blvd
Penthouse Suite
Coral Gables, FL 33134

Paul Rubin
Algon Capital, LLC
10 Glen Lake Parkway
Atlanta, GA 30328

Office Of The Us Trustee*
51 SW 1st Ave Ste 1204
Miami FL  33130-1614

Lisa M. Castellano, Esq.*
Becker & Poliakoff, P.A.
311 Park Place Blvd #250
Clearwater, FL 33759

Ely R. Levy, Esq.*
Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Rd, Suite 1
Hollywood, FL 33021

David P. Reiner, Esq*
9100 S Dadeland Blvd #901
Miami, FL 33156

Richard Siegmeister*
111 SW 5 Ave #104
Miami, FL 33130

Miami-Dade County*
Tax Collector
Miami Dade Bankruptcy Unit
140 W. Flagler Street, Suite 1403
Miami, FL 33130-1575

Robert G. Fracasso Jr, Esq*
Shutts & Bowen, LLP
201 S. Biscayne Blvd. #1500
Miami, FL 33131

Larry I. Glick *
Shutts & Bowen LLP
201 S Biscayne Blvd # 1500
Miami, FL 33131

Melinda S Thorton, Esq*
111 NW 1 Street #2810
Miami, FL 33128

Accord International Corp.
1259 Normandy Drive
Miami Beach, FL 33141
**(RETURNED MAIL)**

Diane Noller Wells, Esq.*
Devine Goodman Rasco & Wells, P.A.
777 Brickell Avenue Suite 850
Miami, FL 33131

Elizabeth Lee Beck, Esq.*
Beck & Lee Business Trial Lawyers
28 W. Flagler Street, Ste 555
Miami, FL 33130

Theodore Dempster, Esquire
2650 Biscayne Blvd.
Miami, FL 33137

Joseph W. Wehby, Esquire
8370 West Flagler Street, Suite 250
Miami, FL 33144

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

CABI DOWNTOWN, LLC,                     Case No. 09-27168-BKC-LMI
                                        Chapter 11
         Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR COMMITTEE

STATE OF FLORIDA            )
                            )ss.
COUNTY OF MIAMI-DADE        )

Michael S. Budwick, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, in the United States District Court of the Southern District of Florida and the United States Bankruptcy Court of the Southern District of Florida.

2. I am a shareholder with the law firm of Meland Russin & Budwick, P.A., with offices located at 200 South Biscayne Boulevard, Suite 3000, Miami, Florida 33131.

3. No attorney in our firm holds a direct or indirect equity interest in the Debtor, including stock or stock warrants, or has a right to acquire such an interest.

4. No attorney in our firm is or has served as an officer, director or employee of the Debtor.

5. No attorney in our firm is in control of the Debtor or is a relative of a general partner, director, officer or person in control of the Debtor.

6. No attorney in our firm is a general or limited partner of a partnership in which the

Firm Clients\4181\4181-1\00575800.WPD.

Debtor is also a general or limited partner.

7. No attorney in our firm is or has served as an officer, director or employee of a financial advisor that has been engaged by the Debtor in connection with the offer, sale or issuance of a security of the Debtor.

8. No attorney in our firm has represented a financial advisor of the Debtor in connection with the offer, sale or issuance of a security of the Debtor.

9. Except as forth herein, no attorney in our firm has had or presently has any connection with the captioned Debtor or the estate on any matters in which the firm is to be engaged.

10. Neither I nor the firm represent any interest adverse to the Debtor, the Estate or the Committee, and we are disinterested persons as required by 11 U.S.C. § 327(a).

11. Neither I nor the firm have any connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee as required by F.R.B.P. 2014, except as follows: William Holly is the representative of Holly Sime Realty of Miami, Inc. and serves as a Committee Member. Mr. Holly was a principal of Keystone Bay, LLLP. Our firm acted as settlement/closing agent in connection with closing units in a condominium conversion project commonly known as Keystone Bay Condominium owned by Keystone Bay, LLLP. Mr. Holly was also a principal of Keystone Tower Partners, LLC. Our firm acted as settlement/closing agent in connection with closing units in a condominium conversion project commonly known as Keystone Towers Condominium owned by Keystone Tower Partners, LLC. Mr. Holly was also a principal of Miami Apartment Building, Investors, LLC. Our office assisted that entity in negotiating a contract for the acquisition of property located in Miami, Florida. The transaction cancelled and the purchase was not effectuated.

Mr. Holly was also a principal of Valencia Carriage Homes, Ltd. Our firm represented this entity in negotiating and closing on a contract for the acquisition of vacant land located in Coral Gables, Florida. The transaction closed on or about May 12, 2005.

12.     Except for the continuing representation of the Committee, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case except the Debtor's Estate in accordance with the applicable provisions of the Bankruptcy Code.

FURTHER AFFIANT SAYETH NOT.

_____
MICHAEL S. BUDWICK

Sworn to and Subscribed before me this
___14___ day of September, 2009.

_____
Notary Public, State of Florida

My Commission Expires:



GLENDA SANTIAGO
Notary Public - State of Florida
My Commission Expires Feb 14, 2010
Commission # DD 518539
Bonded By National Notary Assn.