UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov.

In re:  CABI DOWNTOWN, LLC,                    Case No: 09-27168-LMI

          Debtor,                                  Chapter 11
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that Christopher H. Saia, Esq., for the firm of Christopher H. Saia, P.A., hereby appears as counsel for Gloria and Efrain Parra and pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Section 1109 (b) of the Bankruptcy Code, respectfully request that all notices, pleadings, and other papers which are required to be given and/or served in this case be given to and served upon the undersigned attorney and address and telephone number set below.

     The foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery telephone, facsimile, or otherwise, which affects the rights of any of these PURCHASE CONTRACT DEPOSIT CREDITORS.

DATED this 16th day of September 2009.

By: _____
CHRISTOPHER H. SAIA
FBN 090115
140 NE 2nd Avenue
Miami, FL 33131
(T) 786-888-6354
(F) 305-373-1316
christopher@saia-law.com



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16th, 2009, the foregoing document was handelivered to the Clerk of the Court of the Bankruptcy Court for the Southern District of Florida. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via U.S. regular mail.

### SERVICE LIST

**MINDY A. MORA, ESQ.**
200 S. Biscayne Blvd. #2500
Miami, FL 33131
(305) 350-2414
(305) 351-2242 (fax)
mmora@blizin.com

By: _____
CHRISTOPHER H. SAIA
FBN 090115
140 NE 2nd Avenue
Miami, FL 33131
(T) 786-888-6354
(F) 305-373-1316
christopher@saia-law.com