# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

CASE NUMBER: 09-27168-LMI
Chapter 11

IN RE:

Cabi Downtown, LLC,

     Debtor.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

**The Law Office of Fernandez and Associates, P.A.** hereby files this Notice of Appearance on behalf of the following **Condominium Purchase Contract Creditors** (collectively, "Contract Creditors"):

- JOHN ALESSI,

- ANNIE ALESSI.

Contract Creditors seek, *inter alia,* the return of their pre-construction condominium deposits. Pursuant to the Federal Rules of Bankruptcy Procedure, undersigned counsel hereby requests that copies of all future pleadings, papers and communications be directed to the address, telephone, facsimile and/or e-mails listed below.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's mailing matrix: Dania S. Fernandez, Esq., Law Offices of Fernandez & Associates, P.A., 6705 SW 57th Ave. #310 Miami, FL 33143, ph: 305-254-4492.

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on this _10_ day of September, 2009, a true and correct copy of the foregoing motion was served via Facsimile and regular U.S. mail on Mindy A. Mora, Esq., 200 S. Biscayne Blvd. #2500, Miami, FL 33131, Fax No. (305) 351-2242.

**THE LAW OFFICES OF FERNANDEZ & ASSOCIATES, P.A.**
Attorneys for Defendant
6705 Red Road, Suite 310
Miami, Florida 33156
Telephone: 305-254-4492
Facsimile: 305-254-4514

By:_____

**Dania S. Fernandez, Esq.**
Fla. Bar No.: 0493783
**Monica Amador, Esq.**
Fla. Bar No.: 29994