ORDERED in the Southern District of Florida on Dec 29, 2009

Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CABI DOWNTOWN LLC,

    Debtor.
_____/

Case No. 09-27168-BKC-LMI

Chapter 11

## ORDER GRANTING IN PART AND DENYING MOTION TO VACATE AUTOMATIC STAY

This matter came before the Court on November 23, 2009 on *Emergency Motion to Vacate the Automatic Stay* filed by W.G. Yates & Sons Construction Co. ("Yates"). The Court having reviewed the pleadings and considered argument of counsel as well as all other matters the Court deems necessary and appropriate, for the reasons stated on the record -

1. The Emergency Motion is Granted in Part and Denied in Part.

2. Yates may not proceed in filing a lawsuit against the Debtor; the deadline for Yates to file such an action is tolled by 11 USC § 108(c).

3. The automatic stay does not prohibit Yates from proceeding against third parties.

4. Yates may serve an affidavit on the Debtor as a condition precedent to filing lawsuits only if such affidavit is a condition to filing suit against third parties but may not do so prior to December 18, 2009, the Debtor has filed an appropriate action to enjoin Yates from proceedings which relief is granted, or the Court otherwise determines such suit is not appropriate

### ###

Copies furnished to:

Mindy A. Mora, Esq.
Gary L. Blum, Esq.

*Attorney <u>Mora</u> shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.*