ORDERED in the Southern District of Florida on __Feb. 5, 2010__

_Laurel Myerson Isicoff, Judge_
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No. 09-27168-BKC-LMI

CABI DOWNTOWN, LLC,                                 Chapter 11

    Debtor.
_____/

### ORDER SETTING HEARING TO SHOW CAUSE WHY BANK OF AMERICA, N.A. AND ITS COUNSEL SHOULD NOT BE SANCTIONED

**THIS CAUSE** came before the Court *sua sponte* after a hearing on February 4, 2010 upon the Emergency Motion for an Order Prohibiting the Debtor from Entering into Further Residential Leases filed by Bank of America (the "Bank") (DE #445) on January 29, 2010. In support of the Emergency Motion the Bank submitted the Declaration of Gregory L. Ward in Support of the Emergency Motion (DE #446).

At the hearing, counsel for the Bank acknowledged that counsel did not attempt to confer with opposing counsel prior to filing the motion, contrary to the requirements of Local Rule 9075. Furthermore, counsel acknowledged that paragraph 16 of the Declaration contained serious but untrue accusations against the Debtor. The allegations in paragraph 16 were the basis

upon which the Court agreed to set the Emergency Motion on an emergency basis. Moreover, exhibits attached to the Declaration revealed personal identifying information of certain individuals living in the condominium operated by the Debtor. Having reviewed the Emergency Motion and having considered arguments by counsel for the Debtor, the Bank, and other parties in interest, it is:

**ORDERED** that counsel for Bank of America shall appear at a hearing on **February 24, 2010 at 1:30 p.m.** in Courtroom 1409 to show cause as to why the Bank should not be sanctioned and ordered to pay the fees and costs of all parties and professionals who prepared for and attended the hearing on the Emergency Motion, including Debtor, the Creditors' Committee, and W.G. Yates & Sons Construction Company.

###

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*