

**ORDERED in the Southern District of Florida on February 09, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                      Case No. 09-27168-BKC-LMI

CABI DOWNTOWN LLC,[1]

                                                                                            Chapter 11

        Debtor.
_____/

**ORDER DENYING EMERGENCY MOTION FOR ORDER PROHIBITING
THE DEBTOR FROM ENTERING INTO FURTHER RESIDENTIAL LEASES**

THIS MATTER came before the Court on February 4, 2010 upon the *Emergency Motion of Bank of America, N.A. as Administrative Agent, for an Order Prohibiting the Debtor From Entering Into Further Residential Leases* [D.E. #445] (the "BOA Motion"), the *Debtor's Response in Opposition to the BOA Motion* [D.E. # 458] (the "Debtor's Response"), the

---

[1] The Debtor's current mailing address is 19950 W. Country Club Dr., Suite 900, Aventura, FL 33180. The last four digits of the Debtor's tax identification number are [0838].

*Declaration of Santiago G. Piqué in Support of the Debtor's Response* [D.E. #459] (the "<u>Piqué Declaration</u>"), and *W.G. Yates & Sons Construction Company's Response to the BOA Motion* [D.E. #450], (collectively with the Debtor's Response and the Piqué Declaration, the "<u>Responses</u>").

The Court, having considered the BOA Motion and the Responses; having heard the arguments of counsel; and after due deliberation and the Court being otherwise fully advised, for the reasons stated on the record in open court,

**FINDS** that:

(a) due and sufficient notice of the BOA Motion has been given, and that no other or further notice need be provided;

(b) the Court has jurisdiction to consider the BOA Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334;

(c) consideration of the BOA Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and

(d) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409;

THEREFORE, IT IS **ORDERED** that

1. The BOA Motion is **DENIED**.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod, LLP
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131

Copy furnished to:
*Mindy A. Mora, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service*