UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
**Miami Division**
www.flsb.uscourts.gov

In re

Cabi Downtown, LLC,                              Case No. 09-27168-LMI
                                                 Chapter: 11

           Debtor.
_____/

### RESPONSE OF BANK OF AMERICA, N.A. AND ITS COUNSEL TO ORDER SETTING HEARING TO SHOW CAUSE AND REQUEST THAT HEARING BE CANCELLED

Bank of America, N.A., a national banking association ("Bank"), administrative agent for itself and the other prepetition secured lenders, and its undersigned counsel ("Counsel") respectfully submit this response to the *Order Setting Hearing to Show Cause Why Bank of America, N.A. and Its Counsel Should Not Be Sanctioned* ("Order," D.E. 467) and in support thereof, respectfully state as follows:

    1.    Counsel wishes to advise the Court that, with respect to each of the matters identified in the second paragraph of the Order, counsel bears responsibility for the preparation and filing of the *Emergency Motion of Bank of America, N.A., as Administrative Agent, for an Order Prohibiting the Debtor From Entering into Further Residential Leases* (the "Motion," D.E. 445).

    2.    In an effort to spare the Court and other parties further burden with respect to the subject matter of the Order and, subject to approval of the Court, to resolve such subject matter, (i) Counsel communicated with counsel for the Debtor, the Creditors' Committee and W.G. Yates & Sons Construction Company (the parties identified in the Order ("parties' counsel"); (ii) parties' counsel informed Counsel of the amount of fees and expenses they determined they each

31943904.DOC

incurred to prepare for and attend the hearing on the Motion, and (iii) Counsel paid all such fees and expenses in full and, to the extent one of the parties' counsel indicated its amount was an estimate, Counsel committed to pay any additional fees and expenses determined.

3. Counsel have conferred with parties' counsel in an attempt to obtain their agreement that, in light of the above, the hearing should be cancelled, subject to the Court's approval. Counsel for the Creditors Committee and counsel for W.G. Yates & Sons Construction Company have no objection to cancellation of the hearing, should the Court determine that cancellation is appropriate. Counsel for Debtor stated that it would be inappropriate to take a position on cancelling a hearing that was scheduled by the Court.

4. Based on the forgoing, Counsel and Bank respectfully request that the Court cancel the hearing set by the Order.

**I HEREBY CERTIFY** that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to Court Order dated August 27, 2009.

                        KAYE SCHOLER LLP

                        By:    /s/ Ana M. Alfonso
                               Ana M. Alfonso
                               NY Attorney Registration No. 2915080
                               H. Peter Haveles, Jr.
                               425 Park Avenue
                               New York, NY 10022
                               Telephone: 212-836-8000
                               Facsimile: 212-836-8689
                               aalfonso@kayescholer.com
                               peter.haveles@kayescholer.com

**I HEREBY CERTIFY** that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to Court Order dated August 26, 2009.

SHUTTS & BOWEN LLP

By: /s/ Larry I. Glick
Larry I. Glick
Fla. Bar No. 0075064
NY Attorney Registration No. 1728385
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131
lglick@shutts.com
Telephone: 305-358-6300
Facsimile: 305-347-7877

*Counsel to Bank of America, N.A., as administrative agent for itself and other secured lenders*