ORDERED in the Southern District of Florida on ~~February 24,~~ March 2, 2010.

_____
Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 09-27168-BKC-LMI

CABI DOWNTOWN, LLC[1],                                          Chapter 11

     Debtor.
_____/

**AMENDED[2] ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SIEGFRIED RIVERA LERNER DELATORRE & SOBEL, P.A., SPECIAL COUNSEL FOR THE DEBTOR-IN-POSSESSION**

---

[1]  The debtor's current mailing address is 19950 W. Country Club Dr., Suite 900, Aventura, FL 33130. The last four digits of the Debtor's tax identification number are [0838].

[2]  Counsel is requesting an amendment to the Order (D.E. # 493) entered on February 16, 2010, to reflect additional fees in the amount of $1,125, previously omitted. The amended total fees sought are $59,322.50 + $311.10 in expenses = aggregate first interim award of $59,633.60. Amended amount for Debtor to pay is $47,769.10 (80% of fees & 100% expenses).

THIS MATTER came before the Court for hearing on February 4, 2010 at 1:30 p.m. upon the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Siegfried Rivera Lerner DeLaTorre and Sobel P.A., Special Counsel to the Debtor-in-Possession* dated December 31, 2009 (the "Application") (D.E. #403), In the Application, Siegfried Rivera Lerner DeLaTorre and Sobel P.A. (the "Applicant"). In the Application, the Applicant seeks an aggregate first interim award in the amount of $59,633.60 for the period from August 18, 2009 through and including November 30, 2009 (the "Interim Application Period") which amount consists of compensation in the amount of $59,322.50 and reimbursement of expenses in the amount of $311.10 incurred in connection with Applicant's services to the Debtor. The Court, having considered the Application, finds that due and sufficient notice of the Application was provided to all parties in interest and that the fees sought therein are fair and reasonable, and should be allowed and paid in accordance with 11 U.S.C. §§330 and 503(b). Accordingly, it is

ORDERED as follows:

1. The Application is GRANTED.

2. Applicant is allowed, as an interim award, an amount equal to $47,458.00 (the "Interim Compensation") as compensation for services rendered by the Applicant during the Interim Application Period and $311.10 as reimbursement of expenses during the Interim Application Period (the "Interim Expenses"), and together with the Interim Compensation, (the "Interim Award") as reimbursement for expenses incurred by the Applicant during the Interim Application Period.

3. The Debtor is authorized and directed to pay the Applicant $47,769.10 which represents 80% of the fees and 100% of the expenses comprising the Interim Award, less any portion of the Interim Award previously paid to Siegfried Rivera pursuant to *the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals* [D.E. 136] (the "Interim Compensation Procedures Order").

4. The Interim Award allowed hereunder is without prejudice to the rights of any party in interest to object to the reasonableness of the Interim Compensation and Interim Expenses, or any portion thereof, at a final hearing thereon.

###

Submitted by:
Peter Meltzer, Esq.
James F. Harrington, Esq.
Siegfried Rivera Lerner DeLaTorre and Sobel P.A.
8211 West Broward Blvd., Suite 250
Plantation, FL 33324

Copy furnished to:
James F. Harrington, who shall serve a copy of this order on all interested parties and file a certificate of service