

**ORDERED in the Southern District of Florida on May 18, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

CABI DOWNTOWN LLC,[1]

       Debtor.

_____/

Case No. 09-27168-BKC-LMI

Chapter 11

**FIFTH AMENDMENT TO SEVENTH INTERIM ORDER PURSUANT TO 11 U.S.C.
§§ 105(a), 361, 363, AND 364 AND BANKRUPTCY RULE 4001 (I) AUTHORIZING THE
DEBTOR (A) TO OBTAIN SECURED POST-PETITON FINANCING AND (B) TO USE
CASH COLLATERAL AND TO GRANT REPLACEMENT LIENS AND
<u>(II) SCHEDULING FINAL HEARING</u>**

WHEREAS on February 19, 2010, this Court entered the *Seventh Interim Order Pursuant*

*to 11 U.S.C. §§ 105(a), 361, 363 and 364 and Bankruptcy Rule 4001 (I) Authorizing the Debtor*

*(A) to Obtain Secured Post-Petition Financing and (B) to Use Cash Collateral and to Grant*

---

[1]    The Debtor's current mailing address is 19950 W. Country Club Dr., Suite 900, Aventura, FL 33180.  The last four digits of the Debtor's tax identification number are [0838].

*Replacement Liens and (II) Scheduling Final Hearing* [Dkt. No. 426] (the "Seventh Interim Cash Collateral Order"), which provided for a final hearing on the use of cash collateral on March 4, 2010 at 1:30 p.m.;

WHEREAS on March 2, 2010, this Court entered the *Amendment to Seventh Interim Order Pursuant to 11 U.S.C. §§ 105(a), 361, 363 and 364 and Bankruptcy Rule 4001 (I) Authorizing the Debtor (A) to Obtain Secured Post-Petition Financing and (B) to Use Cash Collateral and to Grant Replacement Liens and (II) Scheduling Final Hearing* [Dkt. No. 531] (the "Amended Seventh Interim Cash Collateral Order"), which provided for a continuance of the hearing on cash collateral to March 18, 2010 at 1:30 p.m.; and

WHEREAS on March 18, 2010, this Court entered the *Second Amendment to Seventh Interim Order Pursuant to 11 U.S.C. §§ 105(a), 361, 363 and 364 and Bankruptcy Rule 4001 (I) Authorizing the Debtor (A) to Obtain Secured Post-Petition Financing and (B) to Use Cash Collateral and to Grant Replacement Liens and (II) Scheduling Final Hearing* [Dkt. No. 552] (the "Second Amended Seventh Interim Cash Collateral Order"), which provided for a continuance of the hearing on cash collateral to April 8, 2010 at 1:30 p.m.;

WHEREAS on April 7, 2010, this Court entered the *Third Amendment to Seventh Interim Order Pursuant to 11 U.S.C. §§ 105(a), 361, 363 and 364 and Bankruptcy Rule 4001 (I) Authorizing the Debtor (A) to Obtain Secured Post-Petition Financing and (B) to Use Cash Collateral and to Grant Replacement Liens and (II) Scheduling Final Hearing* [Dkt. No. 584] (the "Third Amended Seventh Interim Cash Collateral Order"), which provided for a continuance of the hearing on cash collateral to April 22, 2010 at 1:30 p.m., which was subsequently adjourned to April 29, 2010 at 9:00 a.m.; and

WHEREAS on April 29, 2010, this Court entered the *Fourth Amendment to Seventh Interim Order Pursuant to 11 U.S.C. §§ 105(a), 361, 363 and 364 and Bankruptcy Rule 4001(I)*

*Authorizing the Debtor (A) to Obtain Secured Post-Petition Financing and (B) to Use Cash Collateral and to Grant Replacement Liens and (II) Scheduling Final Hearing* [Dkt. No. 616] (the "Fourth Amended Seventh Interim Cash Collateral Order"), which provided for a continuance of the hearing on cash collateral to May 14, 2010 at 9:00 a.m.; and

WHEREAS upon further agreement of the parties, it is:

ORDERED THAT Paragraphs 19 and 20 of the Seventh Interim Cash Collateral Order, as amended by the Amended Seventh Interim Cash Collateral Order, the Second Amended Seventh Interim Cash Collateral Order, the Third Amended Seventh Interim Cash Collateral Order and the Fourth Amendment to Seventh Interim Cash Collateral Order, are hereby deleted and replaced with the following:

19.    Use of Cash Collateral.  Subject to the terms and conditions set forth in the Seventh Interim Order, the Debtor is authorized, pursuant to 11 U.S.C. § 363 to use Cash Collateral on an interim basis effective as of February 9, 2010 and continuing through May 28, 2010 (the "Expiration Date") (February 9, 2010 through May 28, 2010 is hereafter referred to as the "Cash Collateral Period"), in accordance with the budget attached to this Third Amended Seventh Interim Order as Exhibit A (the "Budget").  Particular expense items may exceed the amount in the Budget by fifteen percent (15%) calculated from the Petition Date, so long as the aggregate expenses do not exceed the aggregate amount listed in the Budget from the Petition Date by more than 10%.  At the Final Hearing (as defined below), the Court will consider the Debtor's request to use Cash Collateral after the Expiration Date.

20.    Final Hearing.  The Court shall conduct a final hearing on the Motion (the "Final Hearing") on May 28, 2010 at 9:00 a.m. at the United States Bankruptcy Court, 51 S.W. 1st Avenue, Room 1409, Miami, FL 33130 before the Honorable Laurel M. Isicoff, United States Bankruptcy Judge.

ORDERED THAT, except as set forth herein, all other provisions of the Seventh Interim Cash Collateral Order, as amended by the Amended Seventh Interim Cash Collateral Order, Second Amended Seventh Interim Cash Collateral Order, Third Amended Seventh Interim Cash Collateral Order, and Fourth Amendment to Seventh Interim Cash Collateral Order, shall remain in full force and effect.

# # #

Submitted by:

Mindy A. Mora
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone:    (305) 374-7580
Facsimile:    (305) 375-7593

*(Attorney Mora shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*