

ORDERED in the Southern District of Florida on May 28, 2010.

_____
Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

CABI DOWNTOWN LLC,[1]

    Debtor.
_____/

Case No. 09-27168-BKC-LMI

Chapter 11

**ORDER GRANTING *EX PARTE* MOTION TO CANCEL HEARING ON SECOND AMENDED DISCLOSURE STATEMENT**

THIS MATTER came before the Court upon the Debtors' *Ex Parte Motion to Cancel Hearing on Second Amended Disclosure Statement* [D.E.#671] (the "Motion"). The Court, upon consideration of the Motion and the record in this case, finds that cause exists to grant the relief

---

[1] The Debtor's current mailing address is 19950 W. Country Club Dr., Suite 900, Aventura, FL 33180. The last four digits of the Debtor's tax identification number are [0838].

requested and that consideration of such relief is appropriate pursuant to Bankr. S.D. Fla. L.R. 9013-1(C). Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

2. The hearing date and time and the deadlines set forth in the *Order Granting Motion to Continue Hearing on Disclosure Statement Until May 28, 2010* [D.E. 658] and the *Second Amended Order (I) Setting Hearing to Consider Disclosure Statement; (II) Setting Deadline for Filing Objections to Disclosure Statement; and (III) Directing Plan Proponent to Serve Notice* [D.E. 516] are hereby canceled.

3. The Court will enter a new order setting hearing dates and deadlines in connection with the Debtor's proposed third amended plan and disclosure statement.

4. Nothing herein shall constitute a waiver of any rights of any party in interest with respect to the Motion.

###

Submitted by:

Mindy A. Mora, Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131

Copy furnished to:
*Mindy A. Mora, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service*