Return all pages in this ballot, including this page.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

CABI DOWNTOWN LLC,[1]

Case No. 09-27168-BKC-LMI

Chapter 11

Debtor.
_____/

**BALLOT AND DEADLINE FOR FILING BALLOT
ACCEPTING OR REJECTING PLAN**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY SEPTEMBER 23, 2010 AT 4:00 P.M. [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

The plan filed by Cabi Downtown LLC on August 27, 2010 (the "Plan") can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the Court finds that the plan accords fair and equitable treatment to the class rejecting it.

This ballot is for __Yribel ferreiRes and__ in the amount of $ __39,900.00__
(insert claimant name) felix Velazuez.                         (insert claim amount)
for a **CUSTOMER DEPOSIT CLAIM** regarding Unit # __2704__ .
                                                (insert unit number)

Section 12.5 Release Opt-Out Provision

**THE RELEASES IN THE PLAN WILL BE BINDING IF THE PLAN IS CONFIRMED.** If you do not wish to accept the releases provided in Section 12.5 of the Plan as to all Releasees other than Holdings, you must indicate your intent to opt out of such releases by checking the box below. **If you do not select an option, abstain from voting, or fail to return your ballot so that it is actually received before September 23, 2010 at 4:00 p.m., you will be deemed to have accepted and agreed to the releases provided in Section 12.5 of the Plan. THIS OPT-OUT DOES NOT AFFECT YOUR RELEASE OF THE PREPETITION AGENT AND THE PREPETITION LENDERS UNDER THE PLAN.**

☑ Section 12.5 Release Opt Out

---

[1] The Debtor's current mailing address is 19950 W. Country Club Dr., Suite 900, Aventura, FL 33180. The last four digits of the Debtor's tax identification number are [0838].

Page 1 of 3

*Return all pages in this ballot, including this page.*

Description of Option A and Option B
Holders of Customer Deposit Claims are directed to review the attached "Summary of Plan Treatment for Holders of Customer Deposit Claims" and Section 4.6 of the Plan. Indicate your selection of Option A or Option B, and whether you accept or reject the plan, in the boxes below.

**Select one:**
☐ Option A          ☒ Option B

**Select one:**

The undersigned

☐ Accepts          ☒ Rejects

the plan of liquidation of Cabi Downtown LLC.

Signed: _[signature]_

Print Name: Monica Amador, Esq. Dania S. Fernandez, Esq.

Address: 10205 South Dixie Highway, Ste 204

Phone: 305-254-4514

Date: 9/14/2010

**THIS BALLOT MUST BE MAILED OR DELIVERED SO AS TO BE ACTUALLY RECEIVED BY THE CLERK OF THE BANKRUPTCY COURT ON OR BEFORE SEPTEMBER 23, 2010 AT 4:00 P.M.**

with:   Clerk of Bankruptcy Court
51 SW First Ave., Room 1510
Miami, FL 33130

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent at lflores@bilzin.com regarding incorrect or insufficient ballot(s).**

*Return all pages in this ballot, including this page.*

**IF YOU DO NOT ELECT AN OPTION, ABSTAIN FROM VOTING, OR FAIL TO RETURN YOUR BALLOT SO THAT IT IS ACTUALLY RECEIVED BEFORE SEPTEMBER 23, 2010 at 4:00 P.M., YOU WILL BE AUTOMATICALLY DEEMED TO HAVE ELECTED OPTION A AND YOU WILL BE DEEMED TO HAVE ACCEPTED ALL OF THE TERMS FOR OPTION A SPECIFIED IN THE PLAN AND SUMMARIZED BELOW. ELECTING OPTION A INCLUDES YOUR EXPRESS CONSENT TO THE DISMISSAL WITH PREJUDICE OF ANY LAWSUIT YOU FILED PREPETITION OR POSTPETITION AGAINST THE DEBTOR, PREPETITION AGENT, PREPETITION LENDERS, ESCROW AGENT OR THE COLLATERAL. IF YOU DO NOT WISH FOR THIS TO OCCUR, YOU MUST SELECT OPTION B ABOVE.**

**SUMMARY OF PLAN TREATMENT FOR HOLDERS OF CUSTOMER DEPOSIT CLAIMS (CLASS 5B):**

If you elect **Option A** under the Plan, you will receive a **cash distribution for the portion of your deposit that is in excess of twelve and one-half percent (12.5%) of the purchase price** (as provided on the purchase agreement) for the applicable condominium unit. This cash distribution will be your sole distribution on account of any and all claims, regardless of the nature of such claim, whether secured, general unsecured, or priority unsecured. By way of example, if a Holder of a Customer Deposit Claim deposited 20% of the purchase price for a unit, none of which has been refunded prior to the Effective Date, then such Holder would receive an amount equal to 7.5% of the applicable purchase price. You agree to accept such distribution in **full and final satisfaction of any claim** that you may have against the Debtor, the Debtor's bankruptcy estate, the Debtor's prepetition lenders, the Debtor's escrow agent, or any other individual or entity with respect to claims arising from or relating to the purchase agreement for the applicable unit. **Any pending litigation arising out of your claim will be dismissed with prejudice.**

If you elect **Option B** under the Plan, **you will not receive an immediate distribution** of any amount on your claim unless otherwise ordered by the Bankruptcy Court, but you will **retain the right to litigate** for the full amount of such claim. Should such litigation be decided in your favor, then your claim will be secured to the extent of the amount held in escrow and the balance will be unsecured. On account of any unsecured claim granted to you pursuant to such litigation, you may receive **the lesser of** (i) twenty-five percent (25%) of the amount of such unsecured claim or (ii) a pro rata portion of $175,000 to be divided amongst all holders of Customer Deposit General Unsecured Claims. Pursuant to the applicable terms of the standard purchase agreement for condominium units at Everglades on the Bay, up to ten percent (10%) of the applicable purchase price for each unit may have been used in construction.

If you elect **Option B** under the Plan, **you will not receive any distribution** on account of your unsecured claim, if any, **until your claim is allowed and your payment may be delayed until the conclusion of all litigation** instituted by any holder of a Customer Deposit Claim. The Debtor estimates that all such litigation may take up to two years to conclude.

**HOLDERS OF CUSTOMER DEPOSIT CLAIMS ARE DIRECTED TO READ SECTION 4.6 OF THE PLAN FOR A FULL EXPLANATION OF THE TREATMENT OF SUCH CLAIM. TO THE EXTENT THIS SUMMARY CONFLICTS WITH SECTION 4.6, THE TERMS OF SECTION 4.6 GOVERN.**