UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No. 09-27168-BKC-LMI

CABI DOWNTOWN LLC[1],

Chapter 11

Debtor.
_____/

**NOTICE OF FILING AMENDED EXHIBITS
TO FIFTH AMENDED PLAN OF LIQUIDATION UNDER CHAPTER 11 OF THE
BANKRUPTCY CODE AND DISCLOSURE STATEMENT IN SUPPORT THEREOF**

The debtor and debtor-in-possession, CABI Downtown, LLC ("Debtor"), hereby notices the filing of the attached Amended Schedule A to *Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [ECF No. 856], Amended Exhibit "3" to *Disclosure Statement Relating to Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [ECF No. 857] (the "Disclosure Statement"), and Second Amended Exhibit "5" to the Disclosure Statement.

---

[1] The Debtor's current mailing address is 19950 W. Country Club Dr., Suite 900, Aventura, FL 33180. The last four digits of the Debtor's tax identification number are [0838]

Date:  October 27, 2010

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
*Counsel for the Debtor*
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone:	(305) 374-7580
Facsimile:	(305) 375-7593

By:	/s/ Mindy A. Mora
	Mindy A. Mora
	Florida Bar No. 678910
	mmora@bilzin.com
	Tara V. Trevorrow
	Florida Bar No. 30959
	ttrevorrow@bilzin.com

and
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
*Counsel for the Debtor*
1633 Broadway
New York, New York 10019
Telephone:	(212) 506-1700
Facsimile:	(212) 506-1800
Andrew K. Glenn *(pro hac vice)*
New York Bar No. 2767374
aglenn@kasowitz.com
Jeffrey R. Gleit *(pro hac vice)*
New York Bar No. 3928371
jgleit@kasowitz.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 27, 2010, via the Court's CM/ECF electronic mail, electronic mail and/or via U.S. First Class Mail, postage prepaid, upon all parties as set forth on the attached service list.

                                                      /s/ *Mindy A. Mora*
                                                      Mindy A. Mora

**In Re: Cabi Downtown, LLC**
**Case No. 09-27168**
**U.S. MAIL SERVICE LIST**

Internal Revenue Service Centralized
Insolvency Operations
PO Box 21126
Philadelphia PA  19114-0326

Securities And Exchange Commission
3475 Lenox Rd Ne Ste 1000
Atlanta GA  30326-3235

Florida Dept. Of Revenue
Bankruptcy Division
PO Box 6668
Tallahassee FL  32314-6668

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, FL 32399 0648

United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Bank Of America, N.A.
100 S.E. 2nd Street
14th Floor
Miami, FL 33131

WG Yates & Sons Construction
115 Main Street
Biloxi, MS 39530

Gryphon Construction LLC
3300 Corporate Avenue
Suite 110
Ft. Lauderdale, FL 33331

Everglades On The Bay North
Condominium Associates, Inc.
19950 W. Country Club Drive
Miami, FL 33180

Holly Sime Realty Of Miami, Inc.
370 Minorca Avenue
Coral Gables, FL 33134

Fullerton-Diaz Architects
366 Altara Avenue
Miami, FL 33146

Holland & Knight LLP
P. O. Box 32092
Lakeland, FL 33802

Markatech Associates
268 Egret Way
Weston, FL 33327

Aon Risk Service
75 Remittance Drive
Suite 1943
Chicago, IL 60675

ATC International, Inc.
1270 N.W. 165th Street
Suite 100
Miami, FL 33169

Everglades On The Bay South
Condominium Associates, Inc.
19950 W. Country Club Drive
 Miami, FL 33180

O'Brien Lighting, Inc.
2601 South Bayshore Drive
Suite 245
Miami, FL 33133

Signs For You, Inc.
2401 N.W. 34th Avenue
Miami, FL 33142

W. Harley Powell
KPMG, LLP
401 S. Tryon St. #2300
Charlotte, NC 28202

UIC, Inc.
P. O. Box 491
Mahwah, NJ 07430

Frank Jacobs
Miami-Dade County Property Appraiser
111 NW 1st Street, Ste 710
Miami, FL 33128

Raul Puig Group
9200 S. Dadeland Blvd.
Suite 710
Miami, FL 33156

Marcus Saiz De La Mora
Miami-Dade County Property Appraiser
111 N.W. 1st Street, Ste. 710
Miami, FL 33128

Internal Revenue Service
Insolvency Unit -Stop 5730
7850 SW 6th Ct, Room 165
Plantation FL 33324

| | | |
|---|---|---|
| Water Studio, Inc.<br>5681 Selmaraine Drive<br>Culver City, Ca 90230 | Greenberg Traurig P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131 | Applegate USA, Inc.<br>14945 NW 25th Court<br>Opa Locka, FL 33054-0000 |
| Nicholas Grossi<br>c/o Bart A. Houston, Esq. and Marialena Gayo Guitian, Esq.<br>Genovese Joblove & Battista, P.A.<br>200 E. Broward Blvd, Suite 1110<br>Ft. Lauderdale, FL 33301 | Silvia Coltrane<br>9380 Collins Ave<br>Surfside, FL 33154 | Sonia M. Bortolin, Esq.<br>Bortolin & Associates, P.A.<br>524 S. Andrews Avenue Suite 101N<br>Ft. Lauderdale, FL 33301 |
| Eunice Puga, Esq.<br>10637 N. Kendall Drive # 7-K<br>Miami, FL 33176 | Aaron Resnick, Esq.<br>235 Lincoln Road # 310<br>Miami Beach, FL 33139 | City of Miami<br>444 S.W.2nd Avenue<br>Miami, FL 33130 |
| Craig H. Pizer, Esq.<br>Hotwire Communications, LLC<br>300 E. Lancaster Avenue, Suite 208<br>Wynnewood, PA 19096 | Elena Pagano<br>517 S. Port Street<br>Baltimore, MD 21223 | Mark Minuti, Esq.<br>Saul Ewing, LLP<br>PO Box #1266<br>Wilmington, DE 19899 |
| CVS Realty Company<br>One CVS Drive<br>Woonsocket, RI 02895 | | |

**SERVICE VIA CM/ECF ELECTRONIC NOTICE**

Richard Siegmeister, Esq.
111 SW 5 Ave #104
Miami, FL 33130

Raul Ruiz, Esq.
On behalf of Andrew Davis
14 NE 1st Avenue Suite 1204
Miami, FL 33132

Diane Noller Wells, Esq.
Devine Goodman Rasco & Wells, P.A.
777 Brickell Avenue Suite 850
Miami, FL 33131

Robert H. Cooper, Esq.
Counsel for multiple creditors
2999 N.E. 191st Suite 900
Miami, FL 33180

Elizabeth Lee Beck, Esq.
Beck & Lee Business Trial Lawyers
28 W. Flagler Street, Ste 555
Miami, FL 33130

Melinda S Thorton, Esq
111 NW 1 Street #2810
Miami, FL 33128

Miami-Dade County
Tax Collector
Miami Dade Bankruptcy Unit
140 W. Flagler Street, Suite 1403
Miami, FL 33130-1575

Robert G. Fracasso Jr, Esq
Shutts & Bowen, LLP
201 S. Biscayne Blvd. #1500
Miami, FL 33131

David P. Reiner, Esq
9100 S Dadeland Blvd #901
Miami, FL 33156

Lisa M. Castellano, Esq.
Becker & Poliakoff, P.A.
311 Park Place Blvd #250
Clearwater, FL 33759

Ely R. Levy, Esq. and Matthew J. Militzok, Esq.
Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Rd, Suite 1
Hollywood, FL 33021

Office Of The Us Trustee
Stephen D. Schneiderman, Esq.
51 SW 1st Ave Ste 1204
Miami FL 33130-1614

Mario D. German, Esq.
55 N.E. 5th Ave., Ste. 501
Boca Raton, FL 33432

Jeffrey P. Bast, Esq.
BAST AMRON LLP
One Southeast Third Avenue, Suite 1440
Miami, Florida 33131

Michael S. Budwick, Esq.
Joshua Dobin, Esq.
Melland Russin & Budwick, P.A.
200 S. Biscayne Blvd # 3000
Miami, FL 33131

Bart A. Houston, Esq.
200 E Broward Blvd # 1110
Ft. Lauderdale, FL 33301

Fredric C. Buresh, Esq.
800 SE 3rd Avenue # 400
Ft. Lauderdale, FL 33316

Stephen P. Drobny, Esq.
1500 Miami Center
201 S. Biscayne Blvd
Miami, FL 33131

Mark A. Marder, Esq.
2121 Ponce De Leon Blvd #900
Coral Gables, FL 33134

Elena Otero, Esq.
555 NE 15th Street
Suite 100
Miami, FL 33132

Zach B. Shelomith, Esq.
2699 Stirling Road #C401
Ft. Lauderdale, FL 33312

| | | |
|---|---|---|
| Luciano Isla, Esq.<br>Attorney for Creditor<br>1800 West 49th Street<br>Suite 316<br>Hialeah, FL 33012 | Eric N. Assouline, Esq.<br>Assouline & Berlowe, P.A.<br>213 East Sheridan Street, Ste 3<br>Dania Beach, FL 33004 | Melissa S. Hayward<br>Franklin Skierski Lovall Hayward LLP<br>10501 N. Central Expy, Ste 106<br>Dallas, Texas 75231 |
| Elizabeth Lee Beck, Esq.<br>Beck & Lee Business Trial Lawyers<br>28 West Flagler Street, Suite 555<br>Miami, FL 33130 | Martin L. Hoffman, Esq.<br>Hoffman, Larin, & Agnetti, P.A.<br>909 North Miami Beach Blvd., Suite 201<br>Miami, FL 33162 | Dania S. Fernandez, Esq.<br>The Law Offices of Dania S. Fernandez & Associates, P.A.<br>10205 South Dixie Hwy., Suite 204<br>Pinecrest, FL 33156 |
| Robert F. Bollinger, Esq.<br>Richard S. Gendler & Associates, P.A.<br>1856 N. Nob Hill Rd<br>Plantation, FL 33322 | Nathan G. Mancuso, Esq.<br>Gray-Robinson<br>401 E. las Olas Blvd., Suite 1850<br>Ft. Lauderdale, FL 33301 | Michael D. Seese, Esq.<br>Hinshaw & Culbertson, LLP<br>One East Broward Blvd., Suite 1010<br>Ft. Lauderdalem, FL 33301 |
| James J. Webb, Esq<br>Mitrani, Rynor, Adamsky, & Toland, P.A.<br>2400 N. Commerce Pwy., Suite 302<br>Weston, FL 33326 | Nicholas B. Bangos, Esq.<br>Nicholas B. Bangos, P.A.<br>100 S.E. 2nd Street, Suite #2600<br>Miami, FL 33131 | Jonathan H. Kline, ESQ.<br>Jonathan Kline, P.A.<br>2761 Executive Park Drive<br>Weston, Fl 3331 |
| Douglas A. Bates, Esq.<br>Paul Singerman, Esq.<br>Berger Singerman, P.A.<br>200 S. Biscayne Blvd.<br>Suite 1000<br>Miami, FL 33131 | Timothy J. Norris<br>Duane Morris LLP<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131 | Steven J. Solomon, Esq.<br>Gray Robinson, P.A.<br>1221 Brickell Avenue-Suite #1600<br>Miami, FL 33131 |

**SERVICE VIA ELECTRONIC MAIL**

| | | |
|---|---|---|
| Mark A. Hutner, Esq.<br>Hutner Law Firm, PLLC<br>2151 S. Le Jeune Road, Mezzanine<br>Coral Gables, FL 33134<br>mark@hutnerlawfirm.com | Larry I. Glick<br>Shutts & Bowen LLP<br>201 S Biscayne Blvd # 1500<br>Miami, FL 33131<br>lglick@shutts.com | Darin A. DiBello, Esq.<br>Seidman, Prewitt, DiBello & Lopez, P.A.<br>1550 Madruga Ave, Suite 504<br>Coral Gables, FL 33146<br>ddibello@spdlaw.com |
| Jorge A Fernandez, Esq.,<br>150 Alhambra Cir #1240<br>Coral Gables, FL 33134<br>jafpamia@aol.com | Dania S Fernandez<br>6705 Red Rd #310<br>Miami, FL 33156<br>dania@fap-law.com | Theodore R. Dempster, Esq.<br>2650 Biscayne Blvd., # 700<br>Miami, FL 33137<br>dempsterlaw@yahoo.com |
| Carlos A. Ziegenhirt, Esq.<br>150 Alhambra Circle Suite 1240<br>Coral Gables, FL 33134<br>caz123@bellsouth.net | Kevin D. Dennis, Esq.<br>999 Brickell Avenue<br>Suite 700<br>Miami, FL 33131<br>kevin@dennislegal.com | Clifford A. Wolff<br>1401 E Broward Blvd #204<br>Fort Lauderdale, FL 33301<br>cwolff@wolfflawfirm.com |

MIAMI 2326562                                    7

Joseph E. Altschul, Esq.
2717 W. Cypress Creek Road
Fort-Lauderdale, FL 33309
jea@bellsouth.net

Ira Price, Esq.
9560 SW 107 Ave, # 202
Miami, Fl 33176
iprice@legaltitleservices.com

Jeffrey R. Gleit, Esq.
Andrew K. Glenn, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
jgleit@kasowitz.com

Ana M. Alfonso, Esq.
Joseph G. Minias, Esq.
787 7th Avenue
New York, NY 10019
aalfonso@willkie.com

Joseph M. Wehby, Esq.
8370 W. Flagler St., # 250
Miami, FL 33144
jwedlaw@bellsouth.net

Joseph Stern, Esq.
201 N.E. 1st Avenue
Delray Beach, FL 33444
stern@slpalaw.com

Chartis US
c/o Michell A. Levitt
175 Water St. Fl 18
New York, NY 10038
Michell.Levitt@aig.com

Oscar R. Rivera, Esq.
Siegfried, River, Lerner, De La Torre & Sobel, P.A.
201 Alhambra Circle, #102
Miami, FL 33134
orivera@siegfriedlaw.com

Raul E. Salas, Esq.,
6301 Sunset Drive, # 203
South Miami, FL 33143
rsalas@rsalaslaw.com

Gary L. Blum, Esq.
Becker & Poliakoff, P.A.
31211 Stirling Road
Ft. Lauderdale, FL 33312
gblum@becker-poliakoff.com

Michelle G. Torres, Esq.
11402 NW 41st ST Suite 202
Miami, FL 33178
mgt@torresvadillollp.com

Arnold M. Straus, JR., Esq.
Straus & Eisler, P.A.
Attorney Listed for Creditors
10081 Pines Boulevard, Suite C
Pembroke Pines, FL 33025
sstraus@strauseisler.com

Maria C. Arriola Velez, Esq.
35 Almeira Avenue
Coral Gables, FL 33134
mariv1235@aol.com

Charles Throckmorton, Esq.
Kozyak Tropin & Throckmortan, P.A.
2525 Ponce De Leon Blvd., 9th Floor
Coral Gables, FL 33134
cwt@kttlaw.com

Kenneth M. Damas, Esq.
Adorno, Damas & Assoc
1000 Brickell Ave Suite 1005
Miami, FL 33131
kdamas@adornodamaslaw.com

Christopher Saia, Esq.
140 NE 2nd Ave
Miami, FL 33132
christopher@saia-law.com

Michael Jay Rune, Esq.
Welbaum Guernsey L.L.P.
901 Ponce De Leon Blvd
Penthouse Suite
Coral Gables, FL 33134
mrune@welbaum.com

Stephen K. Loffredo, Esq.
9999 Northeast 2nd Ave Suite 216
Miami Shores, FL 33138
attykavloff@aol.com

Peter DiPace Jr., Esq.
Florida Legal Group, P.L.
3301 NE 1st Avenue, Suite 2604
Miami, FL 33137
peter@floridalegalonline.com

Jonathan H. Kline, Esq.
2761 Executive Park Drive
Weston, Fl 3331
jonathan.kline@jklawfl.com

**RETURNED MAIL**

**RETURNED MAIL**
R & J Painters, Inc.
P. O. Box 1302
Ft. Lauderdale, FL 33302

**RETURNED MAIL**
Offerle-Lerner
13190 SW 143 St. # 208
Miami, FL 33186

**RETURNED MAIL**
Service Master Restoration Service
712 S.W. 47th Street
Miami, FL 33155

MIAMI 2326562                                8

**RETURNED MAIL**
Thyssenkrupp Elevator
7841 N.W. 66th Street
Miami, FL 33166-0000

**RETURNED MAIL**
Accord International Corp.
1259 Normandy Drive
Miami Beach, FL 33141

**RETURNED MAIL**
Lubercy Investments, Inc.
1000 South Pointe Drive, Unit 1501
Miami Beach, FL 33139

**RETURNED MAIL**
Antonio & Associates Realty Investments, LLC
100 S. Pine Island Road
Plantation, FL 33324

**RETURNED MAIL**
Princeton E & S
100 E. Campus View Blvd.
Suite 250
Columbus, OH 43235

**AMENDED SCHEDULE A**

**CABI DOWNTOWN, LLC**
Case No. 09-27168   Bar Date: 12/16/2009 and Gov't Bar Date: 2/16/2010

Schedule A -- Unsecured Non-Priority Claims

| CREDITORS | Address 1 | Address 2 | City | State | Zip Code | Claim No. | Scheduled Amount | Filed Proof of Claims Amount | Anticipated Amount Subject To Dispute | Comments | Objection to Claim to be Filed | Status of Objection | Allowed Amount of Claim as of Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A T & T | PO Box 105262 | | Atlanta | GA | 30348 | | $ 170.30 | | | | | | $170.30 |
| Ameris Best Home Inc. | 1861 NE 146th Street | | North Miami | FL | 33181 | | $ 1,670.00 | | | | | | $1,670.00 |
| Andres Leal | 8 SE 2nd Ave | Apt. #801 | Miami | FL | 33131 | | $ 1,360.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Antonio & Associates Realty Investments, LLC | 100 South Pine Island Road | | Plantation | FL | 33324 | | $ 8,583.33 | | | | | | $8,583.33 |
| AON Risk Service | AON Risk Service 75 Remittance Drive | Suite #1943 | Chicago | IL | 60675 | 416 | $ 936,859.75 | $ 178,892.54 | | Note: Filed POC **less than** scheduled amount because other insurers filed claims e.g. Arch, Chartis, RLI | | | $178,892.54 |
| Arch Specialty Ins. Group | c/o Melissa Gilligan, Esq. 300 First Stamford Place | 5th Floor | Stanford | CT | 6902 | 64 | | $ 23,025.00 | | Not scheduled; part of AON scheduled claim. First POC alleged "additional amounts" and was filed as both secured and unsecured. Amended POC to be filed solely in the amount of $23,025 (general unsecured claim). | | | $23,025.00 |
| ATC International, Inc. | 1270 N.W. 165th St. | Suite 100 | Miami | FL | 33169 | 1 | $ 19,857.59 | $ 35,004.31 | $ 15,146.72 | Motion to assume contract granted; cure amount to be paid | | | $0.00 |
| Attwood Phillips, Inc | 2870 Scherer Drive | Suite 100 | St. Petersburg | FL | 33716 | | $ 297.00 | | | | | | $297.00 |
| B J & S Blinds,Inc | 5201 NW 50TH AVENUE | | Ft. Lauderdale | FL | 33319 | | $ 278.20 | | | | | | $278.20 |
| Berman Rennert Vogel & Mandler, P.A. | c/o Thomas S. Ward 100 SE 2nd St | Suite 2900 | Miami | FL | 33131 | 29 | $ 42,417.45 | $ 42,417.45 | | | | | $42,417.45 |
| Bravo, Alma Yolanda | 111 NE 2nd Avenue | #903 | Miami | FL | 33132 | | $ 230.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Brightway Properties | 2875 NE 191st Street | PH2 | Aventura | FL | 33180 | | $ 2,000.00 | | | | | | $2,000.00 |
| Cailis Mechanical Corp. | 12349 SW 53rd Street | | Cooper City | FL | 33330 | | $ 960.00 | | | | | | $960.00 |
| Century 21 Oceanfront Realty | 800 East Hallandale Beach Blvd | | Hallandale Beach | FL | 33009 | | $ 5,383.33 | | | | | | $5,383.33 |
| Century 21 United Properties | 2625 Executive Park Drive | #5 | Weston | FL | 33331 | | $ 9,483.33 | | | | | | $9,483.33 |
| Century 21 United TRG | 2895 B. Collins Ave. | | Miami | FL | 33140 | | $ 7,200.00 | | | | | | $7,200.00 |
| Cervera Realty Estate | 1492 South Miami Avenue | | Miami | FL | 33130 | | $ 5,516.67 | | | | | | $5,516.67 |
| Chartis Companies | c/o Michelle Levitt 175 Water Street | 18th Floor | New York | NY | 10038 | 96 | | $ 278,366.00 | $ - | | | | $278,366.00 |

*** The Debtor reserves the right to amend or supplement this Schedule ***

**CABI DOWNTOWN, LLC**
Case No. 09-27168  Bar Date: 12/16/2009 and  Gov't Bar Date: 2/16/2010

Schedule A -- Unsecured Non-Priority Claims

| CREDITORS | Address 1 | Address 2 | City | State | Zip Code | Claim No. | Scheduled Amount | Filed Proof of Claims Amount | Anticipated Amount Subject To Dispute | Comments | Objection to Claim to be Filed | Status of Objection | Allowed Amount of Claim as of Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Contact and Mailing Address | | | | | | | | | | | |
| CIT Technology Financing Services, Inc. | 800 E. Sonterr Blvd. | Suite 240 | San Antonio | TX | 78258 | 42 | $ 9,743.50 | $ 62,269.09 | $ 52,525.59 | POC filed in excess of scheduled amount and attaches documentation for wrong entity; no claim against the estate.  Claim objection to be filed. | *** | Amended order sustaining objection entered October 25, 2010 | $0.00 |
| Crime Prevention Protective Services, Inc. | c/o Militzok & Levy, PA 3230 Stirling Road | Suite #1 | Hollywood | FL | 33021 | 391 | $ 97,828.00 | $ 103,000.00 | $ 5,172.00 | Filed POC in excess of scheduled amount; settled with claimant with claim against Cabi withdrawn | | | $0.00 |
| Cuba, Roberto | 3637 SW 23rd Street | | Miami | FL | 33145 | | $ 960.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| D H L | PO Box #27790 | | Atlanta | GA | 30384 | | $ 3,659.16 | | | | | | $3,659.16 |
| D'Caires Design Group | 2640 s.W. 28th Lane | | Miami | FL | 33133 | | $49,946.10 | | | | | | $49,946.10 |
| Delta/Omni Bus Solutions | 2870 Harper Road | | Melbourne | FL | 32904 | | $ 751.10 | | | | | | $751.10 |
| Denegri, Giorgio | | | | | | | $ 716.62 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Estevez, Esther | 571 East 34th Street | | Hialeah | FL | 33013 | | $ 800.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Everglades On The Bay North | 244 Biscayne Blvd. | | Miami | FL | 33132 | | $ 72,014.57 | | $ 72,014.57 | Claim to be withdrawn by claimant. | | | $0.00 |
| Everglades On The Bay South | 253 NE 2nd Street | | Miami | FL | 33132 | | $ 498.00 | | $ 498.00 | Claim to be withdrawn by claimant. | | | $0.00 |
| EWM Weston Branch | c/o Revenue Recovery 3965 Airways blvd | Module G 3rd Floor | Memphis | TN | 38116 | | $ 66.67 | | | | | | $66.67 |
| Fedex (Customer Info Service) | 3910 Keswick Road | | Baltimore | MD | 21212 | 58 | $ 701.06 | $ 503.03 | | | | | $503.03 |
| Florida Engineering Services | 34 NW 168th Street | | North Miami | FL | 33169 | 91 | $ 11,245.00 | $ 11,245.00 | | | | | $11,245.00 |
| Florida Power & Light | FPL General Mail Facility | | Miami | FL | 33188 | 428 | $ 20,000.00 | $24,337.46 | $4,337.46 | Filed POC in excess of scheduled amount; excess amount not significant | | | $24,337.46 |

*** The Debtor reserves the right to amend or supplement this Schedule ***

**CABI DOWNTOWN, LLC**
Case No. 09-27168   Bar Date: 12/16/2009 and Gov't Bar Date: 2/16/2010

Schedule A -- Unsecured Non-Priority Claims

| CREDITORS | Address 1 | Address 2 | City | State | Zip Code | Claim No. | Scheduled Amount | Filed Proof of Claims Amount | Anticipated Amount Subject To Dispute | Comments | Objection to Claim to be Filed | Status of Objection | Allowed Amount of Claim as of Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Florida Real Estate of Miami | 8777 Collins Avenue | Apt #1203 | Surfside | FL | 33154 | | $ 14,416.67 | $ 14,416.00 | | | | | $14,416.00 |
| Fullerton-Diaz Architects | 366 Altara Avenue | | Coral Gables | FL | 33146 | 412 | $ 254,554.90 | $ 611,237.89 | $ 611,237.89 | To be adjusted to $326,000.00 per July 20, 2010 hearing Transcript, Page 18 | | | $326,000.00 |
| Greenberg Traurig P.A | 1221 Brickell Avenue | | Miami | FL | 33131 | | $ 19,519.81 | | | | | | $19,519.81 |
| Gryphon Construction LLC | Alex Barthet, Esq. 200 S. Biscayne Blvd. | Suite 1800 | Miami | FL | 33131 | 254 | | $ 917,210.13 | $ 917,210.12 | Filed POC in excess of scheduled amount and claim was marked as disputed on schedule; POC is being amended to correct amount of claim | | | $910,907.26 |
| Hernandez, Hector M | 3320 SW 79th Avenue | | Miami | FL | 33155 | | $ 186.72 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Holland & Knight | PO Box #32092 | | Lakeland | FL | 32092 | | $ 87,903.74 | | | | | | $87,903.74 |
| Holly Sime Realty of Miami,Inc | Ronald G. Neiwirth, Esq. 1395 Brickell Ave | 14th Floor | Miami | FL | 33131 | 373 | $ 193,750.00 | $ 193,750.00 | | | | | $193,750.00 |
| Inspection & Valuation Int | 106 Corporate Park Drive | Suite #417 | White Plains | NY | 10604 | | $ 3,263.87 | | | | | | $3,263.87 |
| Interinvestments Realty | 730 NW 107th Avenue | #120 | Miami | FL | 33172 | | $ 7,833.33 | | | | | | $7,833.33 |
| Kaderaek Company | 9565 N.W. 140 Street Road | | Miami | FL | 33132 | | $ 725.00 | | | | | | $725.00 |
| Landstar Realty | 1110 Ansley Avenue SW | | Vero Beach | FL | 32968 | | $ 7,166.67 | | | | | | $7,166.67 |
| Lending Bankers Mortgage LLC | 1 Oakwood Blvd | Suite #170 | Hollywood | FL | 33020 | | $ 1,042.50 | | | | | | $1,042.50 |
| Lily, Natoya, Tiffany | UNKNOWN | | | | | | $ 750.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Linares, Miguel Luis | UNKNOWN | | | | | | $ 780.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Lopez, Olga J. | 9302 NW 114th Terrace | | Hialeah | FL | 33018 | | $ 1,175.39 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Lorenzo, Ariadna Caridad | 991 East 17th Street | | Hialeah | FL | 33010 | | $ 780.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Media Solutions, Inc. | 999 Brickell Avenue | #1000 | Miami | FL | 33131 | | $ 1,000.00 | | | | | | $1,000.00 |

*** The Debtor reserves the right to amend or supplement this Schedule ***

**CABI DOWNTOWN, LLC**
Case No. 09-27168  Bar Date: 12/16/2009 and  Gov't Bar Date: 2/16/2010

Schedule A -- Unsecured Non-Priority Claims

| CREDITORS | Address 1 | Address 2 | City | State | Zip Code | Claim No. | Scheduled Amount | Filed Proof of Claims Amount | Anticipated Amount Subject To Dispute | Comments | Objection to Claim to be Filed | Status of Objection | Allowed Amount of Claim as of Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Contact and Mailing Address | | | | | | | | | | | |
| Mojena, Niurca | 571 East 34th Street | | Hialeah | FL | 33013 | | $ 820.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Objective Group Corp. | 225 NE 23rd Street | Suite #1301 | Miami | FL | 33137 | | $ 214.00 | | | | | | $214.00 |
| O'Brien Lighting | 2601 S. Bayshore Drive | Suite 245 | Coconut Grove | FL | 33133 | | $ 95,649.45 | | | | | | $95,649.45 |
| Osorio, Hilda M. | 670 NW 6th Street | #1102 | Miami | FL | 33136 | | $ 460.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| PAETEC | 600 Willow Brook Office Park | | Fairport | NY | 14450 | | $ 15,747.55 | | | | | | $15,747.55 |
| Pitney Bowes Global Financial | 1 Elmcroft Road | | Stamford | CT | 6926 | | $ 2,960.30 | | | | | | $2,960.30 |
| Pitney Bowes Purchase Power | 1245 East Brickyard Road | Suite #250 | Salt Lake City | UT | 84106 | | $ 5,276.82 | | | | | | $5,276.82 |
| Pitney Bowes, Inc. | 27 Waterview Dr | | Shelton | CT | 6484 | 54 | | $ 1,476.48 | $ 1,476.48 | Not scheduled; amount insignificant | | | $1,476.48 |
| Pitney Bowes, Inc. | 27 Waterview Dr | | Shelton | CT | 6484 | 426 | | $ 5,150.02 | | Late filed claim; objection to be filed | *** | Objection filed October 5, 2010 | $0.00 |
| Print it of South Florida | 1351 Shotgun Road | | Weston | FL | 33326 | | $ 3,162.38 | | | | | | $3,162.38 |
| R.C. Aluminum Industries,Inc, | 2805 NW 75th Avenue | | Miami | FL | 33156 | | $ 3,191.81 | | | | | | $3,191.81 |
| R & J Painters | 775 NE 40th Street | | Oakland Park | Fl | 33334 | 423 | $ 1,615.00 | $ 14,334.00 | | | | | $14,334.00 |
| RLI Insurance | c/o James Jorgernsen 9025 N. Lindbergh Drive | | Peoria | IL | 61615 | 97 | | $ 20,467.00 | $ 20,467.00 | Not scheduled; amount insignificant | | | $20,467.00 |
| Rodriguez, Andres A. | 20000 NE 21st Avenue | | Miami | FL | 33179 | | $ 630.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Rodriguez, Eduardo | 955 SW 29th  Avenue | Apt. #3 | Miami | FL | 33135 | | $ 780.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| Royce Parking Control | 2411 SW 58th Street | | Hollywood | FL | 33023 | 40 | | $ 1,120.34 | $ 1,120.34 | Claim paid in full by HOA; object to claim | *** | Objection filed October 5, 2010 | $0.00 |
| Royce Parking Control | 2411 SW 58th Street | | Hollywood | FL | 33023 | 41 | | $ 760.63 | $ 760.63 | Claim paid in full by HOA; object to claim | *** | Objection filed October 5, 2010 | $0.00 |
| Siegfried Rivera Lerner, De La Torre | Siegfried Rivera 201 Alhambra Circle | Suite 1102 | Coral Gables | FL | 33134 | 69 | $ 510,572.91 | $ 652,707.70 | $ 652,707.70 | To be adjusted to $400,000.00 per July 20, 2010 hearing Transcript, Page 17 | | | $400,000.00 |

*** The Debtor reserves the right to amend or supplement this Schedule ***

**CABI DOWNTOWN, LLC**
Case No. 09-27168  Bar Date: 12/16/2009 and Gov't Bar Date: 2/16/2010

Schedule A -- Unsecured Non-Priority Claims

| CREDITORS | Address 1 | Address 2 | City | State | Zip Code | Claim No. | Scheduled Amount | Filed Proof of Claims Amount | Anticipated Amount Subject To Dispute | Comments | Objection to Claim to be Filed | Status of Objection | Allowed Amount of Claim as of Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sign-A-Rama | 2650 NE 2nd Avenue | | Miami | FL | 33137 | | $ 3,000.00 | | | Service was cancelled and Creditor did not complete balance of service contracted for | *** | Objection filed October 5, 2010 | $0.00 |
| Signs for You Inc. | 2401 NW 34th Ave | | Miami | FL | 33142 | 65 | $ 18,492.15 | $ 19,992.15 | $ 1,500.00 | Filed POC in excess of scheduled amount; excess amount not significant | | | $19,992.15 |
| SimplexGrinnell | SimplexGrinnell ATTN: Bankrupcy 50 Technology Dr. | | Westminster | MA | 1441 | 395 | | $ 1,581.00 | $ 1,581.00 | Not scheduled; amount insignificant | | | $1,581.00 |
| Southern Painting, Inc | 10172 NW 47th Street | | Sunrise | FL | 33351 | | $ 2,850.00 | | | | | | $2,850.00 |
| Tinsley Advertising | 2660 Brickell Avenue | | Miami | FL | 33129 | 6 | $ 9,579.67 | $ 9,579.67 | | | | | $9,579.67 |
| T-Square Express | 998 West Flagler Street | | Miami | FL | 33101 | 79 | $ 517.86 | $ 25,132.98 | $ 24,615.12 | Filed POC in excess of scheduled amount; only amount applicable to debtor per POC is $5,681.32. Object to balance of claim. | *** | Order sustaining objection entered October 13, 2010 | $5,681.32 |
| Turnkey Designs of Miami, Inc. | 2119 Coral Way | | Miami | FL | 33145 | | $ 2,418.75 | | | | | | $2,418.75 |
| UIC, Inc | PO Box #491 | | Mahwah | NJ | 7430 | | $ 41,200.00 | | | | | | $41,200.00 |
| Valdes, Jaciel Cabrera | 12365 SW 18th Street | B-108 | Miami | FL | 33175 | | $ 780.00 | | | Paid in full, no claim against the estate | *** | Amended schedule filed September 3, 2010 | $0.00 |
| W.G Yates & Sons Construction Company | Gary L. Blum, Esq. [Becker & Poliakoff] 3111 Stirling Rd | | Ft. Lauderdale | FL | 33312 | 406 | | $ 1,424,715.70 | $ 1,424,715.70 | To be waived pursuant to settlement | | | $0.00 |
| Water Studio, Inc | 5681 Selmaraine Drive | | Culver City | CA | 90230 | | $ 31,490.00 | $ 31,490.00 | | | | | $31,490.00 |
| Wood Business Systems, Inc. | 5350 N.W. 35th Terrace | Suite 101 | Ft. Lauderdale | FL | 33309 | | $ 460.50 | | | | | | $460.50 |
| Zephyrhills Water | PO Box# 856680 | | Louisville | KY | 40285 | | $ 63.32 | $ 63.32 | | | | | $63.32 |
| TOTALS | | | | | | | $2,657,977.80 | $ 4,704,244.89 | $ 3,807,086.32 | | | | $2,906,076.35 |

*** The Debtor reserves the right to amend or supplement this Schedule ***

## AMENDED EXHIBIT 3

The Debtor shall retain all of the Debtor's claims, rights, defenses, counterclaims, and causes of action against third parties, including, but not limited to, all litigation relating to the Customer Deposit Claims, and any other litigation initiated or to be initiated by or on behalf of the Debtor. Pursuant to the Plan, all of these claims, rights, defenses, counterclaims, and causes of action, are assigned as follows:

I. Transferred Claims and Causes of Action to Be Transferred to Plan Administrator

The term "Transferred Causes of Action" described in Article I of the Plan includes, but is not limited to, the claims, rights, defenses, counterclaims, and causes of action arising from or related to Customer Deposit Claims, claims arising from executory contracts and unexpired leases, and claims and causes of action arising from or related to objections to claims, but does not include (i) warranty claims and other claims, as described in the Plan and Section II of this Exhibit, and (ii) any Abandoned Causes of Action, as described in the Plan and Section III of this Exhibit.

For the avoidance of doubt, all litigation involving Holders of Customer Deposit Claims, including, but not limited to, all pending objections and Adversary Proceeding Numbers 09-02100, 09-02183, 09-02195, 09-02383, 10-02713, 10-02772, 10-02823, and 10-02963, shall be retained by the Debtor and prosecuted or defended, as applicable, by the Plan Administrator.

All litigation involving unresolved or potential claims objections shall also be transferred to the Plan Administrator.

II. Transferred Claims and Causes of Action to Be Transferred to the Transferee

Warranty Claims, all claims and causes of action arising under or related to any pending insurance policy held by the Debtor as of the Confirmation Date, and all claims and causes of action arising from or relating to DP Program Agreements (as defined in the Plan) shall be transferred to the Transferee.

Claims and causes of action arising under or related to the Chartis Insurance Program include, but are not limited to, claims against the Chartis Companies (as defined in the Plan Modification), and Westchester Fire Insurance Company.

The term "Warranty Claims" as described in the Plan, includes, but is not limited to, any and all claims, rights, defenses, counterclaims, and causes of action relating to or arising from the construction of Everglades, whether such warranties are express or implied, and regardless of whether such warranties arise by contract or by statute.

As part of the construction of Everglades, the Debtor entered into a construction agreement with Yates. Yates subsequently subcontracted with multiple subcontractors (each, a "Subcontractor") as part of the construction process. The various Subcontractors have issued,

should issue, or are anticipated to issue, upon completion of each Subcontractor's services related to Everglades and/or upon provision of materials to Yates or the Debtor for the construction of Everglades, various warranties with respect to the labor and materials employed in the construction of Everglades.  The Debtor retains all rights and remedies relating to, arising from, or accruing pursuant to all available theories of warranty for such labor and/or materials supplied in the construction of Everglades by any Subcontractor, whether such warranties are express or implied, and regardless of whether such warranties arise by contract or by statute.  A partial list of the Subcontractors is as follows:

        Nagelbush Mechanical, Inc.
        Edwards Electric
        Wilkinson Hi-Rise
        Innovative Stone (a.k.a Innovative Marble & Tile)
        Bostic Steel, Inc.
        G.C. Zarnas and Co.
        Deck-Tight
        M.Ecker
        Art Pavers and Stone
        Opler Carpet
        Vila & Son Landscaping
        Sun Deck
        Atlanta Commercial Flooring
        Atlass Hardware
        Krama Construction, Inc.
        Snaidero
        RC Aluminum
        Yates Masonry
        ThyssenKrupp Elevator
        Pro-Tech Caulking & Waterproofing
        Dillon Pools
        Pro-Bel USA Safety Systems
        HD Emergency Services, Inc.
        Wilbur Enterprises, Inc.
        Nachon Enterprises, Inc.
        Tremron Miami Inc.
        Executive Drywall, Inc.
        Designer's Specialty Cabinet Co.
        Coastal Construction Products, Inc.
        Applegate USA, Inc. d/b/a/ United Sheet Metal Company
        YB Construction, Inc.
        Paradise Awnings Corp.
        Technical Systems & Equipment Corp.
        American Overhead Doors
        Caylex Architectural Fabrication Corp.
        CP Services, Inc.
        Giber, Inc.

>Gryphon Construction, LLC.
>Roberts Traffic Corp.
>Simplex Grinnell
>Spray Works
>Tip Top Constructors, Inc.
>Whirlpool Corporation
>WHR Holdings, LLC
>Coastal Construction Products
>Munters Corporation
>Florida Blacktop
>Mora & Ortiz
>Tip Top Construction

### III. Causes of Action to be Abandoned

The Debtor's Estate shall abandon all claims and causes of action of the Debtor against third parties arising under Chapter 5 of the Bankruptcy Code, or arising under related federal or state statutes or common law, including fraudulent conveyance laws (the "Abandoned Causes of Action").  For the avoidance of doubt, the term "Abandoned Causes of Action" includes only those causes of action generally referred to as "preference" or "avoidance" actions and does not include all other pending or prospective litigation involving Cabi or the Debtor, and does not include any Transferred Causes of Action.

As of August 27, 2010, the only known Abandoned Cause of Action is a preference action against Siegfried, Rivera, Lerner, De La Torre, & Sobel, P.A., in its capacity as prepetition counsel to the Debtor.

**SECOND AMENDED EXHIBIT 5**

Case 09-27168-LMI    Doc 1151    Filed 10/27/10    Page 19 of 20

| Name of other parties to lease or contract | Address 1 | Address 2 | City | State | Zip | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract. | Assume / Reject | Cure Amount |
|---|---|---|---|---|---|---|---|---|
| Fullerton Diaz Architects | 366 Altara Avenue | | Coral Gables | FL | 33146 | Construction Management Services | Assume as modified in Section 8.2 of the Plan | $210,000.00 |
| CVS Realty Company | One CVS Drive | | Woonsocket | RI | 02895 | Retail Lease | Assume | $49,999.98 |
| KMH Rockstars LLC | c/o Harold Knautz | 321 Greens View Drive | Algonquin | IL | 60102 | Retail Lease | Assume | $0.00 |
| W. G. Yates & Sons | 115 Main St | | Biloxi | MS | 39530 | Construction Contract | Assume pursuant to Settlement Order [D.E. 887] | [confidential] |
| Fidelity & Deposit Company of Maryland | 3910 Keswick Road | | Baltimore | MD | 21211 | Performance & Payment Bonds | Assume | $0.00 |
| Zurich American Insurance Co. | One Liberty Plaza | 30th Fl | New York | NY | 10006 | Performance & Payment Bonds | Assume | $0.00 |
| Travelers Casualty & Surety Company of America | One Tower Square 13 CZ | | Hartford | CT | 06183 | Performance & Payment Bonds | Assume | $0.00 |
| Hotwire Communications LLC | 3870 Pembroke Rd. | | Hollywood | FL | 33021 | Bulk Services Agreement | Assume | $0.00 |
| ATC International Inc. | 1270 N.W. 165 St. | | Miami | FL | 33169 | Construction Contract | Assume purusant to order [D.E. 778] | $34,768.33 |
| Water Studio | 5681 Selmaraine Drive | | Culver City | CA | 90230 | Construction Contract | Assume | $31,490.00 |
| Chartis Companies | 175 Water Street | 18th Floor | New York | NY | 10038 | OCIP Policy Numbers 003678649, 367-89-83, GL194-55-80, 3679386, 1758557, and 7180532 | Assume -- see Plan Section 8.5 | See Plan Section 8.5 |
| Westchester Fire Insurance Company | 436 Walnut Street | | Philadelphia | PA | 19106 | MLW787571-001 | Assume | $0.00 |

2285628