UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                CHAPTER 11

CABI DOWNTOWN, LLC,                                    CASE NO.: 09-27168-BKC-LMI

      Debtor.
_____/

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Lynd Residential Properties, a Limited Partnership<br>Name of Transferee | R & J Painters, Inc.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Lynd Residential Properties, a Limited Partnership<br>c/o Charles W. Throckmorton, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, Florida 33134<br><br>Phone: (305) 372-1800<br>Last Four Digits of Acct #: | Court Claim #: __423__<br>Amount of Claim: __$14,334.00__<br>Date Claim Filed: __1/13/2010__ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>R & J Painters, Inc.<br>c/o Jorge Molina<br>775 NE 40 St.<br>Oakland Park, FL 33334 |
| Phone: _____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Charles W. Throckmorton__                              Dated: October 27, 2010
      Charles W. Throckmorton

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
—DEADLINE TO OBJECT TO TRANSFER—

The transferor of claim named above is advised that the Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                                                                            **CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

TO:             THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:        423

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, R & J Painters, Inc. (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Lynd Residential Properties, a Texas Limited Partnership, its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with Claim No. 423 in the amount of $14,334.00 (the "Claim") against CABI Downtown, LLC (the "Debtor"), the debtor in the Chapter 11 bankruptcy case entitled In re CABI Downtown, LLC, Case No. 09-27168-BKC-LMI pending in the United States Bankruptcy Court for the Southern District of Florida (Miami) (the "Bankruptcy Court") and all proofs of claims filed by Seller and scheduled by the Debtor in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 26, 2010.

| R & J PAINTERS, INC. | LYND RESIDENTIAL PROPERTIES, a LIMITED PARTNERSHIP |
|---|---|
| By: *[signature]* | By: _____ |
| Name: JORGE MOLINA | Name: _____ |
| Title: PRESIDENT | Title: _____ |

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October **26**, 2010.

**R & J PAINTERS, INC.**                     **LYND RESIDENTIAL PROPERTIES, a LIMITED PARTNERSHIP**

By: _____              By: _*[signature]*_____

Name: _____              Name: __GARY PUCKTA__

Title: _____              Title: _____

B 10 (Official Form 10) (12/08) Case 09-27168-LMI    Claim 423-1    Filed 01/13/10    Page 1 of 2

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

Name of Debtor: CABI DOWNTOWN LLC    Case Number: 09-27168-LMI

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): R & J PAINTERS, INC

Name and address where notices should be sent:
JORGE MOLINA
775 NE 40th STREET, OAKLAND PARK, FL 33334

Telephone number: 954.934.8257

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 14,334

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: PAINT LABOR AND MATERIAL
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: CABI

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: _____

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

X    JORGE MOLINA, PRESIDENT

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**R J PAINTERS, INC**
Statement of Account for CABI DOWNTOWN
As of June 01, 2009

| Invoice No. | Invoice Date | Contract Service | Additional Service | Invoice Total | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| EVER-001 | 5/16/2008 | 3,370 | - | 3,370 | | - |
| EVER-002 | 5/27/2008 | 5,170 | - | 5,170 | | - |
| EVER-003 | 5/27/2008 | 5,170 | - | 5,170 | | - |
| EVER-004 | 5/27/2004 | 1,630 | 1,224 | 2,854 | | - |
| EVER-005 | 6/2/2008 | 1,015 | 1,250 | 2,265 | | - |
| EVER-006 | 6/2/2008 | 3,655 | - | 3,655 | | - |
| EVER-007 | 6/5/2008 | 4,220 | - | 4,220 | | - |
| EVER-008 | 6/5/2008 | 4,220 | - | 4,220 | | - |
| EVER-009 | 6/5/2008 | 3,655 | - | 3,655 | | - |
| EVER-010 | 6/5/2008 | 3,230 | - | 3,230 | | - |
| EVER-011 | 6/19/2008 | 3,230 | - | 3,230 | | - |
| EVER-012 | 6/19/2008 | 3,655 | - | 3,655 | | - |
| EVER-013 | 6/19/2008 | 1,990 | - | 1,990 | | - |
| EVER-014 | 6/19/2008 | 4,220 | - | 4,220 | | - |
| EVER-015 | 6/19/2008 | 3,655 | - | 3,655 | | - |
| EVER-016 | 8/4/2008 | 2,155 | - | 2,155 | | - |
| EVER-017 | 8/11/2008 | 1,410 | - | 1,410 | | - |
| EVER-018 | 9/8/2008 | 11,910 | - | 11,910 | | - |
| EVER-019-R | 9/8/2008 | 8,255 | - | 8,255 | | - |
| EVER-020 | 9/12/2008 | - | 4,224 | 4,224 | | - |
| EVER-021 | 9/17/2008 | 4,475 | - | 4,475 | | - |
| EVER-022 | 10/10/2008 | 11,755 | - | 11,755 | | - |
| EVER-023-R | 10/29/2008 | 5,825 | - | 5,825 | | - |
| EVER-024 | 10/29/2008 | 6,475 | - | 6,475 | | - |
| EVER-025 | 11/6/2008 | 6,365 | - | 6,365 | | - |
| EVER-026 | 11/6/2008 | 6,735 | - | 6,735 | | - |
| EVER-027 | 11/6/2008 | 9,805 | 45 | 9,850 | | - |
| EVER-028 | 11/12/2008 | 2,283 | - | 2,283 | | - |
| EVER-029 | 11/14/2008 | 8,955 | - | 8,955 | | - |
| EVER-030 | 11/14/2008 | 8,010 | - | 8,010 | | - |
| EVER-031 | 11/14/2008 | 9,750 | - | 9,750 | | 6,955 |
| EVER-032 | 12/5/2008 | 5,205 | - | 5,205 | | 5,205 |
| EVER-033 | 12/12/2008 | 5,595 | - | 5,595 | | 5,595 |
| EVER-034 | 12/19/2008 | 4,315 | - | 4,315 | | - |
| EVER-035 | 1/5/2009 | 4,825 | - | 4,825 | | 1,015 |
| EVER-036 | 1/5/2009 | 3,455 | - | 3,455 | | 3,455 |
| EVER-037 | 1/9/2009 | 5,075 | - | 5,075 | | 5,075 |
| EVER-038 | 1/20/2009 | 4,765 | - | 4,765 | | 4,765 |
| EVER-039-R | 2/23/2009 | 4,205 | - | 4,205 | | 4,205 |
| EVER-040 | 3/6/2009 | 1,894 | - | 1,894 | | 1,894 |
| EVER-041-Revised | 3/6/2009 | - | 1,895 | 1,895 | | 1,895 |
| EVER-042-R | 3/9/2009 | 3,275 | - | 3,275 | | 3,275 |
| 2009040902 | 4/9/2009 | - | 1,000 | 1,000 | | 1,000 |
| EVER-043-R | 4/27/2009 | 2,550 | - | 2,550 | | 2,550 |
| EVER-044 | 5/8/2009 | 1,925 | - | 1,925 | | 1,925 |
| EVER-045 | 6/1/2009 | 3,115 | - | 3,115 | | 3,115 |
| EVER-046 | 6/1/2009 | - | 950 | 950 | | 950 |
| EVER-047 | 6/18/2009 | 2,370 | 370 | 2,740 | | 2,740 |
| EVER-048 | 7/13/2009 | 1,560 | 1,350 | 2,910 | | 2,910 |
| EVER-049 | 8/25/2009 | 1,375 | 240 | 1,615 | | 1,615 |
| **TOTALS** | | $ 211,752 | $ 12,548 | $ 224,300 | $ 164,161 | $ 60,139 |
| | | | 10% Advanced Payment | | $ 45,805 | |
| | | | | | $ 209,966 | $ 14,334 |
| | | | | | **NET DUE** | $ 14,334 |