UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: CABI DOWNTOWN, LLC

Case No. 09-27168
Chapter 11

_____ Debtor _____ /

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is given that:

( )     The trustee has a balance of $ _____ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )     The trustee has a balance of $ _____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

(x)     the disbursing agent in a chapter 11 liquidating plan has $489,450.00 in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 05/15/12

_____
Eric A. W. Danner, Plan Administrator
Print Name

Copies to:
Debtor (at last current address)
Attorney for Debtor
U.S. Trustee

CRG Partners Group, LLC
2 Atlantic Avenue, 4th Floor
Boston, MA 02110
Phone: (617) 482-4242

LF-26 (rev. 12/01/09)

| Building | Unit | Original Buyer | Address | Class 5b Option A Settlement Amounts |
|---|---|---|---|---|
| 3 | 626 | Ronnie Mitchell | Address provided by Debtor:<br>17555 Atlantic Blvd Apt. 1108<br>Sunny Isles Beach, FL 33160 | $21,825.00 |
| 2 | 3608 | Charles Castel/ Orange Intertrade Corp. | Address on POC:<br>Orange Intertrade Corp and Charles Castel<br>c/o Richard S. Unger, Esq. (subsequently, Michael Seese)<br>Hinshaw & Culbertson<br>One East Broward Boulevard, Suite 1010<br>Ft. Lauderdale, FL 33301 | $41,250.00 |
| 2 | 4604 | Adela Marcote, Maria Alvarez, Cynthia Strauss | Address provided by Debtor:<br>1736 SW 131 st Place Circle S<br>Miami, FL 33175 | $56,625.00 |
| 3 | 415 | Canaima of Miami Corporation | Address provided by Debtor:<br>6851 NW 113 Ct<br>Miami, FL 33178 | $24,375.00 |
| 1 | 2408 | Cesar Hernandez | Address provided by Debtor:<br>Insurgentes Sur 1188 PH Col. Del Valle Mexico, 03100 Mexico | $25,575.00 |
| 0 | 808 | Christine Edwards & Hugo Angel | Address Provided by Debtor - (RETURNED MAIL)<br>10413 SW 16th Street Miami, Florida 33165<br>United States | $28,350.00 |
| 1 | 1706 | Everybody on it | Address provided by Debtor:<br>16381 SW 53 Terr Miami, Florida 33185 United States | $18,675.00 |
| 1 | 2710 | Glemaud-Garnier | Address provided by Debtor:<br>1493 Running Oak Lane<br>Royal Palm Beach, FL 33411 | $41,250.00 |
| 1 | 2209 | Hawit (Resale Buyer) | Address provided by Debtor:<br>Baprosa Km4 Carretera A Tela<br>El Progreso Yoro Honduras | $50,100.00 |
| 1 | 2501 | Jose Sacal- Sacal & Corp. | Address provided by Debtor:<br>Insurgentes Sur 1188 PH Col. Del Valle Mexico, 03100 Mexico | $32,250.00 |
| 3 | 622 | Kathy Miller | Address provided by Debtor:<br>4956 N. 33rd Court<br>Hollywood, FL 33021 | $21,825.00 |
| 3 | 623 | Michael Miller | Address provided by Debtor:<br>744 Rt 18<br>East Brunswick, NJ 08816 | $21,825.00 |
| 3 | 214 | Orfa Nelly Pasos/ Jocosa LLC | Address provided by Debtor:<br>Carrera 100 #23H63<br>Bogota Colombia | $13,275.00 |
| 3 | 232 | Oscar Gonzalez | Address provided by Debtor:<br>Ave. El Limon con Calle Maturin Quinta Sanary<br>El Cafetal Municipio Baruta<br>Miranda 1061 Venezuela<br><br>Second Address:<br>11437 NW 62 Terrace #229<br>Miami, FL 33178 | $24,750.00 |
| 1 | 2206 | Pugh/Woodbridge (Resale Buyer) | Address provided by Debtor:<br>32, Springcrofs Bushey,<br>Waterford Hertford WD23 3AR<br>United Kingdom | $28,125.00 |
| 3 | 322 | Valdor LLC | Address provided by Debtor:<br>Carrera 100 #23H63<br>Bogota Colombia | $15,525.00 |
| 3 | 621 | Winmax Realty LLC | Address provided by Debtor:<br>207-29 Melissa Ct.<br>Bayside, NY 11360 | $23,850.00 |
| Totals | | | | $489,450.00 |