# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No. 09-27168 BKC LMI

**CABI Downtown, LLC**
                                                    Chapter 11

_____ Debtor _____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __**Adams & Cohen**__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 41,250.00, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of _Myriam Glemaud Garnier._ Applicant further states that:

1.  (Indicate one of the following items:)

    ____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    _____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    _____ Applicant is the duly authorized representative for the business or

LF-27 (rev. 12/01/09)                    Page 1 of 3

corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this appiication and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 6-6-12

Myriam Glemaud Garnier
Name Under Which Funds Were Deposited

2710
Claim Number
Myriam Glemaud Garnier
Name of Party On Whose Behalf
Application Was Filed*

Address: 30 Montilla Avenue

Coral Gables, FL 33134

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 2751

Jairo A. Camargo/     Manager
Print Name and Title of Applicant

Adams & Cohen
Print Company Name

P.O. Box 546293
Print Street Address

Miami Beach, FL 33154
Print City and State

(888) 978-9990
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on 6/6/12

NOTARY PUBLIC, AT LARGE
STATE OF Florida


Oslenys B. Alba
COMMISSION # EE073660
EXPIRES: MAY 13, 2015
WWW.AARONNOTARY.com


Oslenys B. Alba
COMMISSION # EE073660
EXPIRES: MAY 13, 2015
WWW.AARONNOTARY.com

LF-27 (rev. 12/01/09)        Page 3 of 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                Case No. 09-27168 BKC LMI

                                                                      Chapter  11

**CABI DOWNTOWN, LLC**


_____Debtor_____/

**AFFIDAVIT OF CLAIMANT**

I, __Myriam Glemaud Garnier_____, am (indicate status of claimant)

( X )  the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __**Adams & Cohen**_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( )  the duly authorized representative for the claimant "business" _____
_____; or

( )  the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to **Adams & Cohen**_____, a "funds locator" or attorney, to submit an application on my behalf; or

( )  the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to **Adams & Cohen**_____, a "funds locator" or attorney, to submit an application on my behalf; or

( )  the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to __**Adams & Cohen**_____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $41,250.00 deposited in this court in the name of _Glemaud Garnier_ and representing claim number _2710_ (if no claim was filed write "scheduled" in blank space).

   2. Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds.  Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant.  Also attach a copy of an official government photo id to prove your identity.

   3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the

LF-28 (rev. 12/01/09)                    Page 1 of  2

person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 6/6/12

_signature of claimant or representative of "business" claimant_
  Myriam Glemaud Garnier
print name
  Claimant
title

  6519
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

30 Montilla Avenue, Coral Gables, FL 33134
address

(305) 439-8681
Phone number

_signature of joint debtor (if applicable)_

_print name_

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me on 6-6-12.

NOTARY PUBLIC, AT LARGE

STATE OF Florida

Jairo A. Camargo
COMMISSION # EE 144673
EXPIRES: NOV. 08, 2015
www.AARONNOTARY.com

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

**I, Myriam Glemaud Garnier,** do hereby grant to ***ADAMS & COHEN***, my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$41,250.00.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_____
Signature

========================================================================

## NOTARY ACKNOWLEDGMENT

State of _Florida_

SUBSCRIBED AND SWORN on the _6th_ day of _June_____, 2012 before me, personally appeared _Myriam Glemaud Garnier_ personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** _FL DL_____

WITNESS my hand and official seal,

Signature_____
   Notary Public                              My commission expires:



Jairo A. Camargo
COMMISSION # EE 144673
EXPIRES: NOV. 08, 2015
WWW.AARONNOTARY.com

W/C BOX #108

Prepared by and returned to:

Founders Title
5100 W. Copans Road, Suite 600
Margate, Florida 33063
Harry Binnie

mgb-161

```
10/28/2003  16:02:55  20030664703
OR BK 16098 PG 0574
Palm Beach County, Florida
AMT 273,900.00
Doc Stamp 1,917.30
Dorothy H. Wilken, Clerk
```

# SPECIAL WARRANTY DEED

THIS INDENTURE made this 17TH day of OCTOBER, 2003, between MINTO COMMUNITIES, INC., a Florida corporation, whose post office address is Township Plaza, 4400 West Sample Road, Suite 200, Coconut Creek, Florida 33073, hereinafter called the GRANTOR and

EDSON J. GARNIER and MYRIAM GLEMAUD-GARNIER, husband and wife

whose post office address is 1493 Running Oak Lane, Royal Palm Beach, Florida 33411

hereinafter called the GRANTEE.

WITNESSETH: That said Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does grant, bargain and sell to the said Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Palm Beach County, Florida:

Lot 161, of Madison Green - Plat No. 1 Parcel "B" Replat, according to the Plat thereof, as recorded in Plat Book 95, page 147, of the Public Records of Palm Beach County, Florida.

SUBJECT TO: Covenants, conditions, restrictions, reservations, limitations, easements and agreements of record; taxes and assessments for the year of conveyance and all subsequent years; and all applicable zoning ordinances and/or restrictions and prohibitions imposed by appropriate governmental authorities, if any.

TOGETHER WITH all tenements, hereditaments and appurtenances thereto, belonging or in anywise appertaining. And the Grantor hereby covenants with the said Grantee that except as above noted, that at the time of delivery of this deed the land was free from all encumbrances made by Grantor, and that the Grantor will warrant and defend same against the lawful charge and demand of all persons claiming by, through or under the said Grantor.

TO HAVE AND TO HOLD, the same and in Fee Simple forever.

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Witnesses:

Natalie J. Goldstein

Harry Binnie

MINTO COMMUNITIES, INC., a Florida corporation

By: _____
Name: Michael Greenberg
Title: President

STATE OF FLORIDA

COUNTY OF BROWARD

I HEREBY CERTIFY that on this 17TH day of OCTOBER, 2003, before me, an officer duly qualified to take acknowledgments, personally appeared Michael Greenberg, President of Minto Communities, Inc., a Florida corporation, to me known to be the person who signed the foregoing instrument as such authorized signatory for the uses and purposes therein mentioned and who is personally known to me.

My Commission Expires: 5/11/07
My Commission No. is:

Notary Public - State of Florida

SUSAN C. ROBINSON
MY COMMISSION # DD 177538
EXPIRES: May 11, 2007
Bonded Thru Notary Public Underwriters

F:\USERS\CMC-SWD.MGB