**ORDERED in the Southern District of Florida on** _____ Nov. 7, 2012 _____

Laurel Myerson Isicoff, **Judge**
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                  Case No. 09-27168-LMI
                                                                        Chapter

Cabi Downtown, LLC

_____ Debtor _____ /

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Maria Alvarez on behalf of Maria Alvarez and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to Maria Alvarez and, if applicable, the "funds locator" or attorney submitting the application, N/A , the sum of $ 14,156.25 now held as unclaimed funds in the treasury for the original claimant Maria Alvarez.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds

locator" or attorney.

### 

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)