FLF12DEC26PM0402USBCSDF-MIA KU

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 09-27168 BKC LMI

**CABI Downtown, LLC**

Chapter 11

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Adams & Cohen__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 25,575.00, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of Cesar Hernandez. Applicant further states that:

1. (Indicate one of the following items:)

    ____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    _____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    _____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy

LF-27 (rev. 12/01/09)            Page 1 of 3

Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

\_\_X\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 12-24-12

__Cesar Hernandez__
Name Under Which Funds Were Deposited

__2408__
Claim Number

__Cesar Hernandez__
Name of Party On Whose Behalf Application Was Filed*

Address: __Circuito Puentes #998__

__C.P. 14145, Mexico, D.F.__

__Mexico__

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) __2751__

__Jairo A. Camargo/            Manager__
Print Name and Title of Applicant

__Adams & Cohen__
Print Company Name

__P.O. Box 546293__
Print Street Address

__Miami Beach, FL 33154__
Print City and State

__(888) 978-9990__
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on __12/24/12__.

NOTARY PUBLIC, AT LARGE
STATE OF __Florida__

Oslenys B. Alba
COMMISSION # EE 073660
EXPIRES: MAY 13, 2015
WWW.AARONNOTARY.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                Case No. 09-27168 BKC LMI

                                                                            Chapter  11

**CABI DOWNTOWN, LLC**

_____Debtor_____/

## AFFIDAVIT OF CLAIMANT

I, __Cesar Hernandez_____, am (indicate status of claimant)

( X ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __Adams & Cohen_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____ _____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to __Adams & Cohen_____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to __Adams & Cohen_____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to __Adams & Cohen_____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $__25,575.00__ deposited in this court in the name of __Cesar Hernandez__ and representing claim number __2408__ (if no claim was filed write "scheduled" in blank space).

    2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the

LF-28 (rev. 12/01/09)            Page 1 of 2

person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: /2-19-12

signature of claimant or representative of "business" claimant
  Cesar Hernandez
print name
  Claimant
title

    n/a
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Circuito Puentes #998, C.P. 14145, Mexico, D.F.
address

    55-19902378
Phone number

    n/a
signature of joint debtor (if applicable)

    n/a
print name

    n/a
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me on /2-19-12.

NOTARY PUBLIC, AT LARGE

STATE OF Florida



Jairo A. Camargo
COMMISSION # EE 144673
EXPIRES: NOV. 08, 2015
WWW.AARONNOTARY.com

LF-28 (rev. 12/01/09)    Page 2 of 2

## SWORN STATEMENT

I, **JAIRO A. CAMARGO**, State of Florida Notary Public, state the following:

Cesar Hernandez a resident of Mexico was in Miami, Florida from December 17, 2012 through January 7, 2013 as evidenced by his passport and Department of Homeland Security U.S. Customs and Border Patrol entry permit # 772842703 26. He was in Miami to celebrate the holidays with his relatives.

On December 19, 2012, I met with Mr. Hernandez at our Aventura office and notarized two documents signed by Mr. Hernandez in reference to this bankruptcy case. His proof of identity was his Mexican passport and his Registro Federal De Electores Identification Card.

The above statement is the truth.

Date 12-24-12

Jairo A. Camargo

**SWORN AND SUBSCRIBED** before me on this 24 of December 2012.

Notary Public

Oslenys B. Alba
COMMISSION # EE 073660
EXPIRES: MAY 13, 2015
WWW.AARONNOTARY.com

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

I, **Cesar Hernandez,** do hereby grant to *ADAMS & COHEN*, my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$25,575.00.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_____
Signature

===================================================================

## NOTARY ACKNOWLEDGMENT

State of **FLORIDA**

SUBSCRIBED AND SWORN on the **19th** day of **Dec Mach**, 2012 before me, personally appeared **Cesar Hernandez**, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** Mexican Passport + Registro Federal de Electores

WITNESS my hand and official seal,

Signature _____
         Notary Public                    My commission expires:



**HERNÁNDEZ IRIGOYEN CONTADORES ASOCIADOS, S.C.**
Contadores Públicos

MÉXICO, D. F. DICIEMBRE 12, 2012.

**A QUIEN CORRESPONDA:**

Por medio de la presente hacemos constancia de que el SR. CÉSAR HERNÁNDEZ, labora en nuestra Firma de Contadores Públicos Certificados, desde el año 2002, a la fecha, ocupando el cargo de Director Administrativo.

Se extiende esta constancia para los fines que al interesado convengan y quedamos a sus apreciables órdenes para cualquier aclaración adicional.

ATENTAMENTE

C.P.C. ALBERTO COHEN AMELIO,
DIRECTOR GENERAL.

ACA/mot.

Insurgentes Sur 1188 9º piso, Col. del Valle, Del. Benito Juárez, C.P. 03100 México, D.F.
Tel: 5575-0781, Fax: 5575-7533/38, www.hicoa.com.mx Email: hic@hicoa.com.mx



**Cesar Hernandez**
Director Administrativo

Insurgentes Sur 1188 9 Piso,
Col. del Valle, Del Benito Juares,
C.P. 03100 Mexico, D.F.

Tel: 5575-0781
Fax: 5575-7533/38
Email: hic@hicoa.com.mx